**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Las Vegas Economic Impact Regional Center, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-3182656 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8240 W. Charleston Blvd., #3** **Las Vegas, NV 89117** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                                    Case number (*if known*) _____
      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|  | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
|  | District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                    Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | | | | | |
|---|---|---|---|---|---|
| | Debtor | **Lucky Dragon, LP** | | Relationship | **Affiliate - Gen. Ptr. of LP** |
| | District | **Nevada** | When **2/21/18** | Case number, if known | **18-10850-mkn** |

**11.** **Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (*if known*) _____

Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  7, 2025**
                MM / DD / YYYY

**X /s/ James Weidner**                            **James Weidner**
Signature of authorized representative of debtor    Printed name

Title    **Mgr. of Weidner Mgmt., LLC, as Mgr. of Bofu, LLC, as Mgr.**

**18. Signature of attorney**

**X /s/ Matthew C. Zirzow**                    Date **November  7, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**        Email address    **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MANAGING
MEMBERS OF LAS VEGAS ECONOMIC IMPACT REGIONAL
CENTER, LLC, a Nevada limited liability company**

The undersigned, as manager of Weidner Management, LLC, as Manager of BOFU LLC, and as Manager of Las Vegas Economic Impact Regional Center LLC, a Nevada limited liability company (the "Company"), and being authorized to so act in accordance with the Company's Operating Agreement and applicable state law, hereby approves and adopts the following resolutions effective as of November 7, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties, as applicable, that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as bankruptcy counsel.

BE IT FURTHER RESOLVED, that James Weidner (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 7 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

*(signature on following page)*

Las Vegas Economic Impact
Regional Center LLC,
a Nevada limited liability company:

By: BOFU LLC,
a Nevada limited liability company
Its: Manager

By: Weidner Management LLC,
a Nevada limited liability company
Its:  Manager

By: _____
_DocuSigned by:_
James Weidner
152C106014E5458
James Weidner, as Manager

**Fill in this information to identify the case:**

Debtor name    **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  7, 2025**    X **/s/ James Weidner**
                                       Signature of individual signing on behalf of debtor

                                       **James Weidner**
                                       Printed name

                                       **Mgr. of Weidner Mgmt., LLC, as Mgr. of Bofu, LLC, as Mgr.**
                                       Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Las Vegas Economic Impact Regional Center, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $      **3,091.83**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $      **3,091.83**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$      **13,598.75**

4. Total liabilities ........................................................................................................
Lines 2 + 3a + 3b      $      **13,598.75**

**Fill in this information to identify the case:**

Debtor name    **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Western Alliance Bank** | **Checking** | **9876** | **$3,091.83** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,091.83 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes Fill in the information below.

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number *(If known)* _____
_____
Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                      % of ownership

|  | | | |
|---|---|---|---|
| 15.1. | **Managing Member of Lucky Dragon Hotel & Casino, LLC, which filed for bankrutpcy, 18-10792-mkn (Bankr. D. Nev.); chapter 11 filed 2/16/18, case converted to chapter 7 on 11/27/18, Brian D. Shapiro appointed as chapter 7 trustee; chapter 7 trustee's final report filed 2/20/24, and final decree and case closure on 3/8/24; entity has been permanently revoked by the Nevada Secretary of State** | **100%** % | **$0.00** |
| 15.2. | **General Partner and fractional Member in Lucky Dragon, LP; filed chapter 11 on 2/21/18 (Bankr. D. Nev.); case converted to chapter 7 on 11/27/18; Shelley D. Krohn appointed as chapter 7 trustee** | **0.2476%** % | **$0.00** |
| 15.3. | **General Partner in DownTown3rd Development Fund, LLLP** | **0** % | **$0.00** |

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**  **Total of Part 4.**                                                           | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Las Vegas Economic Impact Regional Center, LLC**         Case number *(If known)* _____
                  Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **https://www.lveirc.com** | $0.00 | | $0.00 |
| 62.   **Licenses, franchises, and royalties** **Nevada State Business License,** **NV20111563481** | $0.00 | | $0.00 |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor    **Las Vegas Economic Impact Regional Center, LLC**            Case number *(If known)* _____
Name

**Current value of debtor's interest**

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim for contractual indemnification against DT3 Manager LLC and LVLA Loan Manager, pending in Case No. A-21-844649-B**                                                **Unknown**
Nature of claim                    _____
Amount requested                        **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Expense reimbursement owed by Downtown3rd Development Fund, LLLP pursuan to Limited Liability Limited Partnership Agreement**                                            **Unknown**
Nature of claim                    _____
Amount requested                        **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                        **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,091.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,091.83 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,091.83 |

**Fill in this information to identify the case:**

Debtor name    **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,598.75** |
|---|---|---|---|

**Andersen Beede Weisenmiller, LLC**
**Attn: Ryan Andersen**
**3199 E. Warm Springs Rd., #400**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Legal services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anwar Barbouti**
**8240 W. Charleston Blvd., Suite 3**
**Las Vegas, NV 89117**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Baker Donelson**
**First Horizon Building**
**165 Madison Ave., Suite 2000**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bank of Nevada**
**P.O. Box 26237**
**Las Vegas, NV 89126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Bank for bank account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

3.5  **Nonpriority creditor's name and mailing address**
**BAO, Chen**
**28827 Blythewood Dr.**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.6  **Nonpriority creditor's name and mailing address**
**Barati, Amir**
**Entrance A, Persia Bldg.**
**North Shaghayegh Bvd**
**West Ferdo Biv Sout Satan, Tehran**
**Tehran, IRAN**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.7  **Nonpriority creditor's name and mailing address**
**BOFU, LLC**
**c/o Crystal A. Martin CPA,**
**as Registered Agent**
**8240 W. Charleston Blvd., #3**
**Las Vegas, NV 89117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.8  **Nonpriority creditor's name and mailing address**
**CAI, Shijing**
**3366 Bramante Lane**
**Dublin, CA 94568**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.9  **Nonpriority creditor's name and mailing address**
**CAO, Jiafeng**
**16819 Parkvalle Ave.**
**Cerritos, CA 90703-1454**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.10  **Nonpriority creditor's name and mailing address**
**CAO, Meiqun**
**Villa 12, No. 768 West Shuangxi Road**
**Xiguan Street, Wucheng District**
**Jinhua City, Zhejiang Province**
**CHINA  321000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.11  **Nonpriority creditor's name and mailing address**
**CAO, Qun**
**1466 Neleigh Pl**
**San Jose, CA 95131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                Case number (if known) _____
                                    Name

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

3.12
**Nonpriority creditor's name and mailing address**
**CHEN,  Jacqueline**
**No.103, Lane 3800, Longdong Ave.**
**Pudong District, Shanghai**
**CHINA 201210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

3.13
**Nonpriority creditor's name and mailing address**
**CHEN, Anqi**
**1906, Baiyangzuo, Lufengouiyuan**
**1000 Huangbei Rd.,**
**Shenzhen City, Guangdong Prov.**
**CHINA 518003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

3.14
**Nonpriority creditor's name and mailing address**
**CHEN, Bibo**
**2265 Lafayette Park Dr., Apt. A5**
**Easton, PA 18040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

3.15
**Nonpriority creditor's name and mailing address**
**CHEN, Fang**
**3 Haskel Drive**
**Princeton Junction, NJ 08550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

3.16
**Nonpriority creditor's name and mailing address**
**CHEN, Hua**
**42 Clarke Street**
**Lexington, MA 02421**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

3.17
**Nonpriority creditor's name and mailing address**
**CHEN, Huiyi**
**Rm 3902, Bldg A1, No.28, Public Garden**
**N. 28 Machang Road, Tianhe District**
**Guangzhou, Guangdong Prov.**
**CHINA 510000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

Debtor **Las Vegas Economic Impact Regional Center, LLC**     Case number (if known) _____

      Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**3.18**

**Nonpriority creditor's name and mailing address**

**CHEN, Jin**
**Rm 101, Unit 2, Bldg. 16**
**Dianchi Weicheng Lanwan, No. 12**
**Hongta Ease Rd, Kunming, Yunnan Prov.**
**CHINA 650000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**CHEN, Jing**
**103 Turquoise**
**Irvine, CA 92620**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**CHEN, Jingxuan**
**Unit 1A, Tower F, Bldg. No.1, Bihaiyunti**
**Qiaocheng East Road, Futian District**
**Shenzhen, Guangdong Prov.**
**CHINA 518000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**CHEN, Junpeng**
**Rm 401, No.106**
**Huijing North Road, Tianhe District**
**Guangzhou, Guangdong Prov.**
**CHINA 5100000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**CHEN, Kang**
**Shiji City Chenyueyuan Unit 2-3N**
**Landianchang West Road**
**Haidian District, Beijing**
**CHINA100097**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**CHEN, Lin**
**Rm 6605, CITIC Plaza, No. 233**
**Tianhe North Road, Tianhe District,**
**Guangzhou, Guangdong Prov.**
**CHINA 510000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number *(if known)* _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Ling**
**33 Shade Tree**
**Irvine, CA 92603**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Minna**
**Rm 6605, CITIC Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Na**
**27651 Rosebud Way**
**Laguna Niguel, CA 92677**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Ning**
**1354 Hacienda Court**
**Campbell, CA 95008**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Songyin**
**409 California Street, Unit D**
**Arcadia, CA 91006**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Xianna**
**A9-1B, Jincheng Garden**
**Guangzhou, Guangdong**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHEN, Xingxing**
**1509 West Farlington Street**
**West Covina, CA 91775**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |

**3.31**  **Nonpriority creditor's name and mailing address**

CHEN, Xizhong
725 Longden Dr.
San Gabriel, CA 91775

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**

CHEN, Yanchun
9745 63rd Dr., Apt. 5F
Rego Park, NY 11374

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33**  **Nonpriority creditor's name and mailing address**

CHEN, Yanhua
441 Buchanan Ave.
Staten Island, NY 10314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34**  **Nonpriority creditor's name and mailing address**

CHEN, Yirui
10378 Wateridge Cir, Unit 341
San Diego, CA 92121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35**  **Nonpriority creditor's name and mailing address**

CHEN, Yu
2738 Norway Maple Ct.
Ocoee, FL 34761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36**  **Nonpriority creditor's name and mailing address**

CHENG, Yan
No 135, Chunjiang Cui Yun
Biguiyuan, No. 325 of Xingsha Ave,
Changsha, Hunan
CHINA 410100

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**  **Nonpriority creditor's name and mailing address**

CIM Group, L.P.
Attn: Legal/Bankr. Dep't
4700 Wilshire Blvd.
Los Angeles, CA 90010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                Case number *(if known)* _____
_____
Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CUI, Victor Yu**
**81-83 Bay State Road, 0111**
**Boston, MA 02215**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DENG, Wen**
**4069 Live Oak Lane**
**Yorba Linda, CA 92886**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DOU, Yangjun**
**1471 Ida Ave., Apt. 305**
**Columbus, OH 43212**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Downtown3rd Dev. Fund, LLLP**
**c/o Paracorp Inc.,**
**as Registered Agent**
**318 N. Carson St., #308**
**Carson City, NV 89701**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __EB-5 Lender__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DT3 Manager, LLC**
**c/o DT3 Developer, LLC,**
**as Managing Member**
**4700 Wilshire Blvd.**
**Los Angeles, CA 90010**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DU, Zhengqin**
**7 Tompkins Ave**
**Jericho, NY 11753**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eastern Investments, LLC**
**Attn: Jodi Fonfa, as Manager**
**200 W. Sahara Ave., #4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Notice only__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                     Case number *(if known)* _____
         Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.45**

Nonpriority creditor's name and mailing address
**Elkharashi, Ahmed**
**8240 W. Charleston Blvd., Suite 3**
**Las Vegas, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.46**

Nonpriority creditor's name and mailing address
**FAN, Yingchun**
**8 Percheron Ln.**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.47**

Nonpriority creditor's name and mailing address
**FANG, Jiabao**
**4819 212th St. SE**
**Bothell, WA 98021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.48**

Nonpriority creditor's name and mailing address
**FEI, Li**
**1057 Autumn Mist Lane**
**Great Falls, VA 22066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.49**

Nonpriority creditor's name and mailing address
**FEI, Xue**
**175 North Harbor Dr., Apt. 2508**
**Chicago, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.50**

Nonpriority creditor's name and mailing address
**FEI, Xuehang**
**385 S. Catalina Ave., Apt. 206**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.51**

Nonpriority creditor's name and mailing address
**FENG, Li**
**1867 Wood River St.**
**Henderson, NV 89052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
_____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fifth Street Gaming**
Attn: Legal Dept./Manging Agent
650 S. Main St.
Las Vegas, NV 89101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FU, Huaiyang**
L1101, Shangheng Xunbao
No.277 Shangjing S. Road, Tianhe Distric
Guangzhou, Guangdong District
CHINA 510000

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FU, Kate Y (ZHU, Yanqing)**
801 Kakala Street 701
Kapolei, HI 96707

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FU, Zhirong**
1401, No.2, Beixiaojie, Dongzhimen
Dongcheng District, Beijing
CHINA 100010

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**GE, Shuheng**
No.23 Fortuna West
Irvine, CA 92620

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ghanadi,  Kianoush**
#24, Sagvand Alley, Before Jandarmeri Sq
Imam St., Khorram Abad
Lorestan
IRAN

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**GONG, Ming**
57 David Brearly Ct.
Princeton, NJ 08540

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**       Case number *(if known)* _____
           Name

| | |
|---|---|
| **3.59** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GU, He | ☐ Contingent |
| 23 Clocktower | ■ Unliquidated |
| Irvine, CA 92620 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.60** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GU, Lixing | ☐ Contingent |
| 1608 Lexington Lane | ■ Unliquidated |
| Pleasanton, CA 94566 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.61** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GUAN, Lingzhi | ☐ Contingent |
| 2481 Lockerly Pass | ■ Unliquidated |
| Duluth, GA 30097 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.62** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GUAN, Xianglan | ☐ Contingent |
| 120 Homecoming | ■ Unliquidated |
| Irvine, CA 92602 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.63** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GUI, Zhaozhi | ☐ Contingent |
| No. 2, Alley 3, 14th Street | ■ Unliquidated |
| Daliang Hegui Rd., Shunde District | ■ Disputed |
| Foshan, Guangdong Prov. | |
| CHINA 528300 | |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.64** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GUO, Chenjian | ☐ Contingent |
| 1879 N. Crenshaw Cir | ■ Unliquidated |
| Vernon Hills, IL 60061 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.65** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      $0.00 |
| GUO, Suqin | ☐ Contingent |
| 221 Windsor Road | ■ Unliquidated |
| Newton, MA 02468 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim:** __Investor__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
                         Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**GUO, Wei**
**No. 702, United, 3# Bldg.**
**Hongjialiyuan, Luozhuangnanli**
**Haidian District**
**CHINA 100088**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**HAN,  Xiaoping**
**Rm 802, Unit 2, Bldg. No. 5**
**Wanrun Garden, Huilongguan Town**
**Changping District, Beijing**
**CHINA 102208**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**HAN, Guoxiang**
**1814 Watson Drive**
**Arcadia, CA 91006**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**HE, Caixian**
**No. 402, Unit B, Bldg. 27**
**Jinghu Chuntian, Dongcheng Dist.**
**Dongguan City, Guangdong Prov.**
**CHINA 523007**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**HE, Dong**
**6648 Eames Way**
**Bethesda, MD 20817**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**HE, Hanxiao**
**Rm 6605, Citic Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Las Vegas Economic Impact Regional Center, LLC**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**3.72**
**Nonpriority creditor's name and mailing address**
**HE, Shiwu**
**Room 101, No. 43, Lane 508**
**Xinyuan Road, Qingpu District**
**Shanghai**
**CHINA 201700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.73**
**Nonpriority creditor's name and mailing address**
**HE, Yetian**
**77 Heyi Road, Suite 1504**
**Haishu District**
**Ningbo, Zhejiang**
**CHINA 315000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.74**
**Nonpriority creditor's name and mailing address**
**HO Thanh Tuan**
**54 bguyen Thi Thap**
**Tan Hung Ward, District 7**
**Khu Dan Cu Ham Lam, Ho Chi Minh**
**VIETNAM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.75**
**Nonpriority creditor's name and mailing address**
**HONG,  Yang**
**13659 NE 32nd PL**
**Bellevue, WA 98005-1400**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.76**
**Nonpriority creditor's name and mailing address**
**HOU, Jian**
**Rm 6605, CITIC Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.77**
**Nonpriority creditor's name and mailing address**
**HU, Tao**
**8-801, Zone A, No. 1 Wulin**
**South Hushu Road**
**Gongshu Dist., Hangzhou, Zhejiang Prov.**
**CHINA 310000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number (if known) _____
_____
Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUANG, Jinwen
158 Willey St
Gilberts, IL 60136

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUANG, Xiaoting
11008 Hawkshead Ct.
Windermere, FL 34786

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUANG, Xiaoying
A7-502, No.59 Linjiang Road
Tianhe District
Guangzhou, Guangdong Prov.
CHINA 510000

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUANG, Ying
3320 Fontaine Street
Plano, TX 75075

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUANG, Yuyun
6A, Tower 2, The Pavilia Hill
18A Tin Hau Temple Road
Tin Hau, Hong Kong
CHINA 999077

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUANG, Zemin
777 University Ave., Apt 1425
Madison, WI 53715

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

HUO, Weihan
15-201 Phoenix Mansion
Fengqi Rd, Gongshu District
Hangzhou
CHINA 310005

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number (if known) _____
          Name

| | |
|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**JI, Xusheng**
**Rm 19A, Tower 3**
**Huang Pu Estate (Le Parc)**
**Jun You Park, Futian**
**Shenzhen, CHINA 518034**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JIA, Shaojun**
**2635 Casella Way**
**San Ramon, CA 94582**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JIA, Yanhong**
**3783 W. Calimyrna Ave.**
**Fresno, CA 93711**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JIANG, Honghong**
**No302, Bldg.5, Shenghui Garden, Xinghewa**
**Yingbin Road, Panyu District**
**Guangzhou, Guangdong Prov.**
**CHINA 511400**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JIANG, Lihua**
**3336 Bramante Lane**
**Dublin, CA 94568**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JIANG, Xin**
**4055 Sunridge Rd.**
**Pebble Beach, CA 93953**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JIANG, Ying**
**9878 Sintra Way**
**Elk Grove, CA 95757**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                              **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Investor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.92**

**Nonpriority creditor's name and mailing address**
**JIN, Jiandong**
**Unit 701, Flat 8**
**233 Ruihong Road**
**Shanghai**
**CHINA 200080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**
**JIN, Mengna**
**3204 15th Ave W**
**Seattle, WA 98119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Khosla, Aman**
**4427 Perves St Ap. 12B**
**Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Khosla. Aditi**
**8240 W. Charleston Blvd., Suite 3**
**Las Vegas, NV 89117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**

**Nonpriority creditor's name and mailing address**
**KO, ISEI**
**#0650, Jinya Garden, 3rd Area**
**Ersha Island, Guangzhou**
**CHINA 510105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.97**

**Nonpriority creditor's name and mailing address**
**LAN, Hongren**
**No.10, Xiqu No.6 Street, Yujing Garden**
**Luoxi Xincheng, Panyu District**
**Guangzhou, Guangdong**
**CHINA 511400**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**
**LEI, Chao**
**Bldg. D, Unit 1, No.128 Bldg, Jinkang Ga**
**Jinjiamg Rd, Panlong District**
**Kunming, Yunnan Prov.**
**CHINA 650224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                              Case number (if known) _____
_____
Name

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LEI, Xiaoxia**
**No 264 Xiangjiang Garden**
**No 1 Xiangjiang North Rd**
**Changyang Dist**
**Beijing CHINA 100103**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LENG, Bo**
**Rm 1701, Unit 3, Block 11**
**Yaolongkangcheng, Jiangdong**
**Kunming, Yunnan Province**
**CHINA 650000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LI, Qiuqiong**
**Rm 6605, Citic Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**China 510000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LI, Xiurong**
**343 E 74th Street, Apt 11D**
**New York, NY 10021**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LI, Yan**
**Rm1703, Xin He Wan, Dashi Town**
**Building 6, Guangzhou**
**China 511400**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LI, Chan**
**355 Edgewater Dr.**
**San Marcos, CA 92078**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number *(if known)* _____
        Name

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Guohong**
**15694 New Park Ter**
**San Diego, CA 92127**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Hongbo**
**8843 E. Fairview Ave.**
**San Gabriel, CA 91775**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Jianyu**
**Rm 6605, Citic Plaza, No. 233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**China 510000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Linfang**
**1920 Woodbury St.**
**Houston, TX 77030**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Liqun**
**5808 Lake Washington Blvd SE**
**Bellevue, WA 98006**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Peiyi**
**Suite 302, Bldg. No.4**
**Jinhe Residential Quarter, Futian Dist.**
**Shenzhen, Guangdong Prov.**
**CHINA 518000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI, Ping**
**36 Bianco**
**Irvine, CA 92618-0106**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

3.112    **Nonpriority creditor's name and mailing address**

LI, Qi
1724 211th Ave SE
Sammamish, WA 98075

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.113    **Nonpriority creditor's name and mailing address**

LI, Qing
Rm 301, Unit3, No.6 Bldg., No. 5 Ctyrd.
Xili, Qingnian Road
Chaoyang District, Beijing
CHINA 100020

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.114    **Nonpriority creditor's name and mailing address**

LI, Rong
1419 Sea Ridge Dr.
Newport Beach, CA 92660

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.115    **Nonpriority creditor's name and mailing address**

LI, Shanzhen
316 Ellington Ave. East
Garden City, NY 11530

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.116    **Nonpriority creditor's name and mailing address**

LI, Shuying
Rm. 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Province
CHINA 510000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.117    **Nonpriority creditor's name and mailing address**

LI, Wanling
D-1-11A, Shenganzhuo Garden
No. 55 Zijing East Road
Wuhou District, Chengdu, Sichuan Prov.
CHINA 610094

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.118    **Nonpriority creditor's name and mailing address**

LI, Weiwei
747 Santa Anita Ave.
San Marino, CA 91108

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
          Name

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Wenjuan**
**2104 W. Harriet Ln.**
**Anaheim, CA 92804**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Xia**
**333 Country Club Road**
**Newton, MA 02459**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Xiaofan**
**Rm 2901, Unit 3, Block B**
**Jinmen Apt., No.160 Zhangzizhong Rd**
**Heping District, Tianjin City**
**CHINA 300041**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Xiaohong**
**15208 Los Altos Dr.**
**Hacienda Hts, CA 91745**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Xin**
**7725 Gateway Unit 3345**
**Irvine, CA 92618**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Yifang**
**8 Bayberry Close**
**Piscataway, NJ 08854**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LI, Yunxiang**
**6539 Placid St.**
**Falls Church, VA 22043**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                     Case number (if known) _____
                   Name

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LI, Yuyin**
**Rm 303, Block 3, Xin Yue Ming Zhu Garden**
**Jin Hua Nan Road, Da Shi, Pan Yu Distric**
**Guang Zhou, Guangdong Province**
**CHINA 511430**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LI, Zehua**
**402A, Chaoyang Height**
**Central Garden, Futian District**
**Shenzhen, Guangdong Prov.**
**CHINA 518000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LI, Zhaocun**
**5508 Southern Cross Avenue**
**Raleigh, NC 27606**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LI, Zizhang**
**12 Quarry Lane, Apt. 3115**
**Malden, MA 02148**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIAN, Congming**
**2125 1st Ave., Unit 2002**
**Seattle, WA 98121**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIANG, Hui**
**No. 2 Building 16 Bisuoxiaozhen**
**Songbei District Harbin City**
**Heilongjia Province 150028**
**CHINA**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Las Vegas Economic Impact Regional Center, LLC**          Case number (if known) _____

Name

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.132** | **Nonpriority creditor's name and mailing address**

LIANG, Xiaoyuan
Rm 1301, Bldg. 1
Xianglilvzhou, Nongke Center
Futian District, Shenzhen
CHINA 518040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

LIANG, Yanyan
2702, Donghaiyuan, Fuyuan Garden Ph. I
Ronghua Road, Futian District
Shenzhen, Guangdong Prov.
CHINA 518000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

LIANG, Yihui
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Province
CHINA 510000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

LIANG, Zhigang
#2001, Bldg. No. 3, 2nd Phase
Jinxiu Xiangjiang Residential Quarter, S
Panyu District, Guangzhou
CHINA 511449

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

LIAO,  Xu
25707 Kearsley Dr.
Katy, TX 77494

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address**

LIAO, Liying
15142 SE 66th St.
Bellevue, WA 98006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                     Case number *(if known)* _____
　　　　　Name

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**LIAO, Qilong**
**Rm 2202, Unit 2, Bldg. 2**
**Yuanyang Qinshanshui Zone, Yuquanxili**
**Shijingshan District, Beijing**
**CHINA 100040**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**LIAO, Wenjian**
**10A, Bldg. 1, Bohaimingyuan**
**Gaoxin South Ave 11, Nanshan District**
**Shenzhen, Guangdong Province**
**CHINA 518000**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**LIN, Biyu**
**416 Brooklyn Ave.**
**New Hyde Park, NY 11040**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**LIN, Liangcheng**
**Rm 101, Bldg. E7, Fulicheng**
**Baiyun, Guangzhou**
**Guangdong Province**
**CHINA 510000**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**LIN, Lizhen**
**6B-06, Chengshi Shanqu**
**Tonggu Rd, Nanshan District**
**Shenzhen, Guangdong Prov.**
**CHINA 518000**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**LIN, Shaohong**
**14070 Nona Lane**
**Whittier, CA 90602**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** |

**3.144** **Nonpriority creditor's name and mailing address**
LIN, Shuhan
Rm 1202, Bldg. 5
Ziyuhuafu, No. 7 Anli Rd.
Chaoyang Distrisct, Beijing
CHINA 100020

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**
LIU, Dan
Rm 408 Block 1, Anzhitinglan Second St.
Licheng Country Gardens
Zengcheng District, Guangzhou
China

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**
LIU, Dengwei
Rm 25A, Bldg. 7, Phase 1
Yangguangdai Haibincheng, Nanshan Dist.
Shenzhen, Guangdong Province
China 518000

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** **Nonpriority creditor's name and mailing address**
LIU, Dexin
Rm 1401, No 20,  Lane 1355
Yingchun Rd., Pudong New Area
Shanghai 20013
CHINA

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**
LIU, Fang
No. 2 Unit 3, Bldg. 6
Senyu Yinyue Garden, No.599, Huafu Ave.
Huayang, Chengdu, Sichuan Province
China

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**
LIU, Haoyu
3950 Wells Ave N
Renton, WA 98056

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                Case number *(if known)* _____
_____
Name

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Hongping**
**c/o YIN Qian**
**64 Hawking**
**Irving, CA 92618**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Hongping**
**1418 Lexington Street**
**Tustin, CA 92782**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Ming**
**Rm 6605, CITIC Plaza, No. 233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Province**
**China 510000**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Minyi**
**Rm 2802, Block C, Huabiao Pinfeng**
**No.55 Dongsha St., Binjiang Middel Rd.**
**Haizhu District, Guangzhou, Guangdong Pr**
**China 510220**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Pai**
**268 121st Lane NW**
**Coon Rapids, MN 55433**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Siqi**
**West Door, 4F, Unit 1, Bldg 108**
**Youyue Huayuan, Kuanggong Rd**
**Pingdingshan Henan**
**China 467099**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number *(if known)* _____
          Name

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LIU, Tingbin**
**Rm 3-601, Bldg. 913**
**Zhongguancun Villiage**
**Haidian District, Beijing**
**China**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Investor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LIU, Weiliang**
**10 Hillcrest Road**
**Morganville, NJ 07751**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Investor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LIU, Xiaochu**
**Rm 3302 Bldg 6**
**Shanshixuan No 301**
**Hanhe Rd, Haidian District**
**Beijing CHINA  100195**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Investor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LIU, Xiaodong**
**103A, Bldg., Xianquan Shanzhuang**
**Pengxing Road, Luohu District**
**Shenzhen, Guangdong**
**China**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Investor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LIU, Xiaohui**
**Rm. 16001, Bldg. A, Yixin Huayuan**
**No. 283, Shaoshan North Road**
**Yuhua District, Changsha, Hunan**
**China**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Investor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LIU, Xudong**
**Rm 1201, No.11, Huafu Street**
**Tianhe District**
**Guangzhou, Guangdong**
**China 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Investor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                     Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**3.162**

**Nonpriority creditor's name and mailing address**
**LIU, Yan**
**1F, Bldg. 19 Baiyiyuan, Sinolink Garden**
**Taining Rd., Luohu District**
**Shenzhen, Guangdong**
**China 518020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**
**LIU, Yiming**
**12130 Rice Dr**
**Tustin, CA 92782**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**
**LIU, Yirang**
**301 Church Ave.**
**Apt. A447B**
**College Station, TX 77840**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.165**

**Nonpriority creditor's name and mailing address**
**LIU, Yixi**
**8800 Lombard Place, Apt. 1111**
**San Diego, CA 92122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.166**

**Nonpriority creditor's name and mailing address**
**LIU, Yukun**
**7743 Summerlake Pointe Blvd**
**Winter Garden, FL 34787**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.167**

**Nonpriority creditor's name and mailing address**
**LIU, Zhiqiang**
**2025 Fernbank Ave.**
**Monterey Park, CA 91754**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168**

**Nonpriority creditor's name and mailing address**
**LOU, Yajing**
**40427 Wgasa Pl**
**Temecula, CA 92591**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
                    Name

| | |
|---|---|

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LU, Jian**
**E10-1801, Zhujiang Yujingwan**
**Haizhu District**
**Guangzhou, Guangdong Prov.**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LU, Jianhong**
**112 Osborne Path**
**Newton Center, MA 02459**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lucky Dragon LP**
**c/o Shelley D. Krohn,**
**as Chapter 7 Trustee**
**P.O. Box 34690**
**Las Vegas, NV 89123**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LUO, Haowen**
**Rm 3003, Bldg. 2, Dormitory The People's**
**No. 6 Zi'an Road,**
**Nanchang, Jiangxi Prov.**
**China**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LUO, Xinyi**
**77 Heyi Road, Suite 1504**
**Haishu District, Ningbo**
**Zhejiang**
**CHINA 315000**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LVLA Loan Manager, LLC**
**c/o Paracorp Inc.,**
**as Registered Agent**
**2140 S. DuPont Hwy.**
**Camden, DE 19934**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** |

**3.175**

**Nonpriority creditor's name and mailing address**
**Marquis Aurbach, P.C.**
**Attn: Tye S. Hanseen**
**10001 Park Run Dr.**
**Las Vegas, NV 89145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nevada counsel for class claimants in litigation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**
**MENG, Lu c/o JIANG Ziping**
**Room 701, No. 20 Jingwei 12th Street**
**Daoli District, Harbin City**
**Heilongjiang Province**
**CHINA 150016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.177**

**Nonpriority creditor's name and mailing address**
**Miao, Xiujuan**
**Suite 302, Unit 2, Bldg. No. 52**
**Yuanyang Tiandi, Zhuangxili, Bali,**
**Chaoyang District, Beijing**
**CHINA 100020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.178**

**Nonpriority creditor's name and mailing address**
**MO, Shaomei**
**Hengli North Road Tail**
**Anbu Town, Chaoan District**
**Chaozhou, Guangdong Prov.**
**CHINA 515638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.179**

**Nonpriority creditor's name and mailing address**
**MOON, Yi Jung**
**1223 Wilshire Blvd., Ste. 147**
**Santa Monica, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.180**

**Nonpriority creditor's name and mailing address**
**NA, Ronglin**
**6975 E. Princess Drive, Apt. 2017**
**Phoenix, AZ 85054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.181**

**Nonpriority creditor's name and mailing address**
**Nguyen Thi Thuy**
**8240 W. Charleston Blvd., Suite 3**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number *(if known)* _____
_____
Name

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NI, Jing**
**107 Saybrook**
**Irvine, CA 92620**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NI, Jing**
**115 Cordial**
**Irvine, CA 92620**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NIE, Ying**
**1828 245th Avenue SE**
**Sammamish, WA 98075**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pacific Western Bank**
**c/o Snell & Wilmer, LLP**
**Attn: Patrick G. Byrne**
**1700 S. Pavilion Center Dr., #700**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAN, Gaodong**
**34 Runningbrook**
**Irvine, CA 92620**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAN, Hongyi**
**2801, Bldg. A1,Tianhe Xinzuo, No. 77**
**Tianhe Rd. East, Tianhe District**
**Guangzhou, Guangdong**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**3.188**

**Nonpriority creditor's name and mailing address**
PAN, Jianhua
Suite 201, Bldg. #34
No.1318 Changyang Road
Yangpu District, Shanghai
CHINA 200082

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189**

**Nonpriority creditor's name and mailing address**
PAN, Qianjie
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190**

**Nonpriority creditor's name and mailing address**
Patel, Manhar
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191**

**Nonpriority creditor's name and mailing address**
Pham, Dong Giang
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192**

**Nonpriority creditor's name and mailing address**
Phan, Anh Tuan
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193**

**Nonpriority creditor's name and mailing address**
QI, Jingwei
13138 Thornapple Pl.
Herndon, VA 20171

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194**

**Nonpriority creditor's name and mailing address**
QI, Jinzhuang
5755 Ciretta Court
Frisco, TX 75035

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
_____
Name

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**QIAN, Lili**
**45 Harwick Court**
**Ladera Ranch, CA 92694**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**QIAN, Tao**
**Rm 906, 158 Central Jingnan Road**
**Guangzhou, Guandgong Province**
**CHINA 510240**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**QIN, Xibin**
**112 Cruiser**
**Irvine, CA 92618**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**QIN, Zuyun**
**1148 Sheridan Road**
**Wilmette, IL 60091**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**QU, Chen**
**Rm. 201, Unit1, Bldg. 5**
**Wanrun Garden, Huilongguan Town**
**Changping District, Beijing**
**CHINA 102200**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**QUAN, Xianghai**
**178 Noyo Dr.**
**San Jose, CA 95123**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Reid & Wise, LLC**
**Attn: Matthew Sava**
**One Penn Plaza, Suite 2015**
**New York, NY 10119**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Counsel for class claimants in litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
            Name

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REN, Juan**
**15230 SW Sparrow Loop, Unit 101**
**Beaverton, OR 97007**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REN, Ruicao**
**1104 Malba Drive**
**Whitestone, NY 11357**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RONG, Xin**
**82 Urbana Dr.**
**Henderson, NV 89074**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUI, Jing**
**Rm. 1602, Nr 25, Lane 1399**
**Dingxiang Road, Shanghai**
**CHINA 200040**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SHEN, Mengli**
**E6-3C Chateau Regalia**
**Tianzhu Shunyi District**
**Beijing**
**CHINA 101312**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SHEN, Ruifang**
**Rm 6605, CITIC Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Province**
**CHINA 510000**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SHEN, Ziqing**
**600 S. Abel St., Unit 519**
**Milpitas, CA 95035**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
   Name

| | |
|---|---|

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHENG, Junying**
**24 Morning Glory**
**Irvine, CA 92603**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shenzhen Worldway Immigration**
**Consulting Group**
**c/o WorldWay Group**
**1394–1396 Beacon St.**
**Brookline, MA 02446**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHI, Meng**
**168 Spectacle**
**Irvine, CA 92618**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHI, Tiejun**
**1226 W. Cedar St.**
**Ontario, CA 91762**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHI, Yan**
**11370 Olbrich Trl**
**Johns Creek, GA 30097**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shinyway Emigration Int'l**
**No. 528 Xixi Road**
**Xihu District**
**Hangzhou, Zhejiang**
**CHINA 310061**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHOU, Limiao**
**6554B 224th St.**
**Oakland Gardens, NY 11364**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SHU, Zhi**
**31 Desert Willow**
**Irvine, CA 92606**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SONG, Hanqing**
**No. 2 North Andeli Street**
**Xicheng District, Beijing**
**CHINA 100000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SONG, Zifei**
**3538 Cinnamon Ridge Rd.**
**San Ramon, CA 94582**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SU, Jing**
**32 Garrison St., Apt 50-206**
**Boston, MA 02116**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SU, Qingshen**
**20510 Shadow Mill Court**
**Katy, TX 77450**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SUEN, Yinling**
**64 Hope Street, Apt 1**
**Stamford, CT 06906**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

**SUN,  Zeyun**
**15620 Canon Lane**
**Chino Hills, CA 91709**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
      Name

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

3.223 **Nonpriority creditor's name and mailing address**
**SUN, Buxun**
**7807 Camino Glorita**
**San Diego, CA 92122**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.224 **Nonpriority creditor's name and mailing address**
**SUN, Hong**
**350 West 50th St., Apt. 18C**
**New York, NY 10019**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.225 **Nonpriority creditor's name and mailing address**
**SUN, Penglu**
**13792 Solitaire Way**
**Irvine, CA 92620**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.226 **Nonpriority creditor's name and mailing address**
**TAO, Jianjin**
**1757 229th PL SE**
**Sammamish, WA 98075**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.227 **Nonpriority creditor's name and mailing address**
**TIAN, Zhongjun**
**5307 S. Hyde Park Blvd., Apt. 413**
**Chicago, IL 60615**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.228 **Nonpriority creditor's name and mailing address**
**TRAN, Thuc Hien**
**14A, 40 Thao Dien**
**District 2, Ho Chi Minh City**
**713000**
**VIETNAM**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

3.229 **Nonpriority creditor's name and mailing address**
**TU, Jianjun**
**1780 S. Santa Anita Ave.**
**Arcadia, CA 91006-4647**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor  **Las Vegas Economic Impact Regional Center, LLC**                     Case number (if known) _____
        Name

| | |
|---|---|
| 3.230 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |
| **TU, Yanjun** | |
| **No. 165, Lane 418 East Jinxiu Road** | ☐ Contingent |
| **Pudong New District** | ■ Unliquidated |
| **Shanghai** | ■ Disputed |
| **CHINA 200120** | |
| | Basis for the claim:  **Investor** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.231 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |
| **VU,  My Hanh** | |
| **8240 W. Charleston Blvd., Suite 3** | ☐ Contingent |
| **Las Vegas, NV 89117** | ■ Unliquidated |
| | ■ Disputed |
| | Basis for the claim:  **Investor** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.232 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |
| **VU,  Thi Hoan** | |
| **8240 W. Charleston Blvd., Suite 3** | ☐ Contingent |
| **Las Vegas, NV 89117** | ■ Unliquidated |
| | ■ Disputed |
| | Basis for the claim:  **Investor** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.233 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |
| **VU, Hong Nam** | |
| **8240 W. Charleston Blvd., Suite 3** | ☐ Contingent |
| **Las Vegas, NV 89117** | ■ Unliquidated |
| | ■ Disputed |
| | Basis for the claim:  **Investor** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.234 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    Unknown |
| **Wailan Group** | |
| **1788-650 W. Georgia St.** | ☐ Contingent |
| **Vancouver, British Columbia** | ☐ Unliquidated |
| **V6B 4N9** | ■ Disputed |
| **CANADA** | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.235 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    Unknown |
| **Wailian Overseas Consult. Grp., Inc.** | |
| **Start Chambers, Wickham's Cay II** | ☐ Contingent |
| **P.O. Box 2221** | ☐ Unliquidated |
| **Tortola, British Virgin Islands** | ■ Disputed |
| **VG1110** | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.236 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |
| **WAN, Chayu** | |
| **533 Cambridge Street Unit 307** | ☐ Contingent |
| **Allston, MA 02134** | ■ Unliquidated |
| | ■ Disputed |
| | Basis for the claim:  **Investor** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**3.237**

**Nonpriority creditor's name and mailing address**
**WAN, Lili**
**11 Vernal Spring**
**Irvine, CA 92603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.238**

**Nonpriority creditor's name and mailing address**
**WANG, Chunhua**
**Rm 3406, Bldg. 9 No.15**
**Haiyi Street, Haizhu District**
**Guangzhou, Guangdong**
**CHINA 510200**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.239**

**Nonpriority creditor's name and mailing address**
**WANG, Difei**
**13407 Coadhford Ave.**
**Rosemount, MN 55068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**
**WANG, Dongshu**
**Rm 706, No.141 Nanxiao Street**
**Xicheng District, Beijing**
**CHINA 100034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.241**

**Nonpriority creditor's name and mailing address**
**WANG, Fang**
**14705 Overlook Dr E**
**Bonney Lake, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.242**

**Nonpriority creditor's name and mailing address**
**WANG, Heng**
**4234 Sheffield Rd**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.243**

**Nonpriority creditor's name and mailing address**
**WANG, Hongying**
**Rm 701, Block A, Bldg. 12, Zhongxin Hong**
**Baishi Road, Nanshan District**
**Shenzhen, Guangdong Prov.**
**CHINA 518000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                      Case number *(if known)* _____
_____
            Name

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**WANG, Li**
**Rm 6605, CITIC Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WANG, Lili**
**Rm 203,Unit B, Bldg. 21, Hengmao Guoji H**
**No. 205 Guangchang S. Rd., Xihu Distr**
**Nanchang, Jiangxi Prov.**
**CHINA 330003**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WANG, Lin**
**71A Steamboat Rd**
**Great Neck, NY 11024**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WANG, Rong**
**Rm 6605, Citic Plaza, No. 233**
**Tianhe North Rd, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WANG, Rui**
**23411 Summerfield, Apt. #34K**
**Aliso Viejo, CA 92656**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WANG, Sheng**
**14274 Via Baroda**
**San Diego, CA 92130**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**WANG, Sheng**
**PO Box 675513**
**Rancho Santa Fe, CA 92067**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Las Vegas Economic Impact Regional Center, LLC**          Case number (if known) _____
_____Name_____

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**WANG, Ting**
**7020 50th St. W**
**University Place, WA 98467**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
|---|---|---|

**WANG, Wei**
**4923 Owen Drive**
**Plano, TX 75024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
|---|---|---|

**WANG, Wenzheng**
**15924 Las Palmeras Ave.**
**La Mirada, CA 90638**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
|---|---|---|

**WANG, Xiang**
**Rm 302, Unit 1, No. 24 Bldg., 2nd Phase**
**Mei Li Yuan, No. 20 WuKeSong Road**
**Haidian District, Beijing**
**CHINA 100089**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
|---|---|---|

**WANG, Xiaodi**
**3912 Eastern Ave N.**
**Seattle, WA 98103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
|---|---|---|

**WANG, Xiaomei**
**53 Sconset Lane**
**Irvine, CA 92620**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
|---|---|---|

**WANG, Xinle**
**Rm 2301, No. 11, 1355 Lane**
**Yingchun Rd., Pudong New District**
**Shanghai**
**CHINA 200120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
_____
Name

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Xinxing**
**1058 Jason Pl.**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Xiuju**
**9482 Azusa Court**
**Riverside, CA 92508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Yanhong**
**460 Fairview Ave., Apt. 3**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Yanling**
**60 Palatine, Apt. 309**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Ying**
**22961 SE 18th Pl**
**Sammamish, WA 98075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Yu**
**931 Clara Dr.**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WANG, Yunyi**
**77 Heyi Road, Suite 1504**
**Haishu District, Ningbo**
**Zhejiang**
**CHINA 315000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
                   Name

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**WANG, Zengyan**
**822 Point Creek CT**
**San Jose, CA 95133**

    □ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**WANG, Zhengming**
**No. 3, Mingzhu Garden, Jiaotong Road**
**Chuanhui District, Zhoukou, Henan**
**CHINA 466000**

    □ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**WANG, Zixuan**
**Rm 1185, Bldg. 15**
**Jinxingyuan, Taiyanggong**
**Chaoyang District, Beijing**
**CHINA 100028**

    □ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**WEI, Na**
**No. 5 Bldg., Star Park, No, 2**
**Beixing Road East**
**Xihongmen, Daxing District, Beijing**
**CHINA 102612**

    □ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**WEI, Yun**
**Room 201, Unit 4, Bldg. 2**
**Shangzhuge No 5 of Sanlile Rd Haidan**
**Beijing**
**CHINA 100044**

    □ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Weidner Management, LLC**
**c/o James Weidner, as Manager**
**9711 Orient Express Ct.**
**Las Vegas, NV 89145**

    □ Contingent
    □ Unliquidated
    □ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  □ Yes

---

Debtor **Las Vegas Economic Impact Regional Center, LLC**    Case number (if known) _____
     Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.271**

Nonpriority creditor's name and mailing address
**WEN, Qun**
**Rm 6605, Citic Plaza, No. 233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272**

Nonpriority creditor's name and mailing address
**WEN, Rou**
**16 Stagg Drive**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273**

Nonpriority creditor's name and mailing address
**WENG, Chenhua**
**Sheji Road, Zancheng Liangzhu 5-4**
**District Yuhang, Hangzhou**
**Zhejiang Province**
**CHINA 311100**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274**

Nonpriority creditor's name and mailing address
**WONG, Tak Kam**
**Flat C, G/F, Block 8**
**11 Sha Tseng Road, Yuen Long**
**Hong Kong**
**CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275**

Nonpriority creditor's name and mailing address
**WU, Fei**
**No. 9 Villa Zone1, Lgend Garden**
**No. 89 Jichang Road**
**Chaoyang District, Beijing**
**CHINA 101312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276**

Nonpriority creditor's name and mailing address
**WU, Jinglan**
**Rm 601, No.65, Cuihua Street**
**Xihu  District**
**Nanchang, Jiangxi Prov.**
**CHINA 330009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**            Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.277 | **Nonpriority creditor's name and mailing address** |

**3.277**

**Nonpriority creditor's name and mailing address**
**WU, Jingling**
**Rm 6605, Citic Plaza, No. 233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                     $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**
**WU, Jun**
**Rm 203, Bldg. 2, Shijicheng Erqu**
**Shuangqiao District**
**Chengde, Hebei Prov.**
**CHINA 067000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                     $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279**

**Nonpriority creditor's name and mailing address**
**WU, Lili**
**530 Temple Hills Dr.**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                     $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280**

**Nonpriority creditor's name and mailing address**
**WU, Yunjian**
**Rm 804, Unit 2, Block A**
**Junyuan Garden, Qingyun Street**
**Kunming, Yunnan Prov.**
**CHINA 650000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                     $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281**

**Nonpriority creditor's name and mailing address**
**XIA, Chen**
**Rm 302 No 22 Lane 4250 Pudong Rd**
**S Pudong New Area**
**Shanghai**
**CHINA 200126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                     $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**
**XIA, Meili**
**No. 142, Lane 2255**
**Luoshan Road, Pudong New District**
**Shanghai**
**CHINA 200120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                     $0.00

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number (if known) _____
_____
Name

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIA, Wei**
520 99th Ave NE
Bellevue, WA 98004

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIANG, Fang**
Suite 2239C, Golf City Garden Lihuju
No .8 Jinshan Ave., Dongxihu District
Wuhan City, Hubei Prov.
CHINA 430040

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIANG, Guangqing**
8839 Naomi Ave.
San Gabriel, CA 91775

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIANG, Hui**
5-2-1002 Lechen Residence
No. 74 Dawang South Road
Chaoyang District, Beijing
CHINA 100000

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIANG, Qiongfang**
2707 E. Valley Blvd., Suite 300
West Covina, CA 91789

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIAO,  Lingfeng**
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**XIAO, Hongzhi**
5633 Ridgeview Dr.
La Verne, CA 91750

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                Case number (if known) _____
_____Name_____

| | |
|---|---|
| 3.290 | **Nonpriority creditor's name and mailing address** |

**3.290**

**Nonpriority creditor's name and mailing address**
**XIAO, Yao**
**Rm 1802, Unit 3, Doctor Apt, the First A**
**of Harbin Medical Univ., No. 240, Garden**
**Nangang District, Harbin, Heilongjiang**
**CHINA 150000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.291**

**Nonpriority creditor's name and mailing address**
**XIAO, Yinhao**
**1900 South Eads St., Apt. 531**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.292**

**Nonpriority creditor's name and mailing address**
**XIE, Biyu**
**Rm 6605, CITIC Plaza, No. 233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.293**

**Nonpriority creditor's name and mailing address**
**XIE, Guimei**
**Room 22-801, No. 166, Gaoshui Road**
**Maoming City**
**Guangdong**
**CHINA 525001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.294**

**Nonpriority creditor's name and mailing address**
**XING, Tian**
**8-34-8, Baiyundu, Sanli Courtyard**
**No.1299 Jiannan Ave., Huayang Town**
**Shuangliu County, Chengdu, Sichuan Prov.**
**CHINA 610213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.295**

**Nonpriority creditor's name and mailing address**
**XIONG, Xuyu**
**222-05 Grand Central Parkway**
**Queens Village, NY 11427**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                     Case number (if known) _____
_____
Name

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Haiyan**
**301E 81st St., Unit 5B**
**New York, NY 10028**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Hui**
**8-1-401 Huanbi Yuan Feicui Town**
**Gaojiao Rd. Yuhang District**
**Hangzhou, Zhejiang**
**China 310023**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Jianguo**
**8 Lowland**
**Irvine, CA 92602**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Jie**
**213 Telluride Trail**
**Chapel Hill, NC 27514**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Leian**
**CM 2732, Rose-hulman Institute of Techno**
**5500 Wabash Ave,**
**Terre Haute, IN 47803**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Li**
**1133 Yates Way**
**San Mateo, CA 94403**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**XU, Weijie**
**Bldg. 12, 2nd Street, Zong Lv Yang Guang**
**Biguiyuan, Xinhui District**
**Jiangmen, Guangdong Prov.**
**China 529100**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                  Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

3.303   **Nonpriority creditor's name and mailing address**

**XU, Xiaofeng**
**3429 Estacado Lane**
**Plano, TX 75025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.304   **Nonpriority creditor's name and mailing address**

**Xu, Xiaona**
**27673 Manor Hill Road**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.305   **Nonpriority creditor's name and mailing address**

**XU, Xiaoran**
**6845 171st Court SE**
**Bellevue, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.306   **Nonpriority creditor's name and mailing address**

**XU, Xuan**
**3 Silver Hill Ln, Unit 5**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.307   **Nonpriority creditor's name and mailing address**

**XU, Yurong**
**Bldg. 12, 2nd Street, Zong Lv Yang Guang**
**Biguiyuan, Xinhui District**
**Jiangmen, Guangdong Prov.**
**CHINA 529100**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.308   **Nonpriority creditor's name and mailing address**

**XUAN, Shu**
**24 Nickerson Road**
**Lexington, MA 02421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.309   **Nonpriority creditor's name and mailing address**

**XUE, Weijin**
**803 Hao, 2 Dan Yuan 23 Dong**
**Gong Ping Lu 45 Hao**
**Wuhan, Hubei**
**CHINA 430062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  $0.00

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
              Name

| | |
|---|---|
| 3.310 | **Nonpriority creditor's name and mailing address** |

**3.310**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YAN, Guangju**
**Rm 1005, Unit 2, Block B, Zuo'an Flat**
**Century Life Community, Erhuanxi Rd.**
**Wuhan District, Kunming, Yunnan**
**CHINA 650000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YAN, Shaozhen**
**Rm 1302, Bldg.15, Jinbi Shiji Garden**
**Zhongshan East Road, Huangpu District**
**Guangzhou, Guangdong Prov.**
**CHINA 510700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.312**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YAN, Xiaoqing**
**No. 1002, 2/F, No. 26 Zhugezhuang**
**Haidian District, Beijing**
**CHINA 100000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.313**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YANG, Fuyun**
**Rm 502, Unit 5, Bldg. No.30**
**Guoji Garden, No. 230 Haiyuan North Rd.**
**Wuhua District, Kunming, Yunnan Prov.**
**China 650032**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.314**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YANG, Jing**
**139 Prospect Street Unit 1**
**Acton, MA 01720**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.315**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YANG, Liu**
**Rm 2909, 201 Zhong Shan Si Road,**
**Yuexiu District, Guangzhou**
**China 510030**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.316**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
**YANG, Qingliang**
**44807 Corte Gutierrez**
**Temecula, CA 92592**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                                   **Basis for the claim:** __Investor__
Last 4 digits of account number _                             Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**          Case number (if known) _____
                  Name

| | | |
|---|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YANG, Xiaoqu**
**8340 Greensboro Dr.**
**McLean, VA 22102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YANG, Yanzhao**
**8240 W. Charleston Blvd., Suite 3**
**Las Vegas, NV 89117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YANG, Yaoye**
**285 S. Vermont Ave**
**Glendale, CA 91741**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YANG, Ying**
**2762 Alliston Loop**
**Dublin, CA 94568**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YANG, Zhe**
**511 Pinecrest Ln**
**Wilmette, IL 60091**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.322 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YANG, Zixun**
**426 Camille Circle, Unit 11**
**San Jose, CA 95134**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**YE, Fei**
**659 Westridge Ave.**
**Glendora, CA 91740**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.324** **Nonpriority creditor's name and mailing address**
**YE, Jianwei**
**28405 Las Cabos**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**
**YE, Jiaxin**
**Rm 6605, Citic Plaza, No.233 Tianhe N.**
**Tianhe District**
**Guangzhou, Guandong Province**
**CHINA 510000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**
**YE, Jinyun**
**Rm 1307, Bldg. 5, Jiahe Estate, No. 148**
**Dongfeng West Road, Liwan District**
**Guangzhou, Guangdong Prov.**
**CHINA 510000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.327** **Nonpriority creditor's name and mailing address**
**YE, Xiaolin**
**Suite 902, Unit 3, Bldg. No.1, South Gar**
**Tongjian Dajiang Garden**
**Jiangan District, Wuhan, Hubei Prov.**
**CHINA 430014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**
**YIN, Junlan**
**28 N. 3rd Street, #A301**
**Alhambra, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**
**YIN, Xiubing**
**26 Enchanted**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**
**YING, Peiyuan**
**1041 15th Ave SE**
**Bellevue, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
     Name

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YING, Qiaonu**
**6556 Calle Koral**
**Goleta, CA 93117**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YU, Benjamin**
**Rm 6605, CITIC Plaza, No.233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guandong Prov.**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zakaria Bousnane**
**Cite Rabia Tahar Bt 11C #328**
**Bab Ezzouar Algiers**
**ALGERIA**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZENG, Shaofang**
**2504 23rd St., Apt. 2**
**Santa Monica, CA 90403**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG,  Qin**
**#10-7F, No.1555 West Jinshajiang Road**
**Shanghai**
**China 201803**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Guoping**
**98 Pope Road**
**Acton, MA 01720**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Hao**
**77 Heyi Road, Suite 1504**
**Haishu District, Ningbo**
**Zhejiang**
**CHINA 315000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.338**

**Nonpriority creditor's name and mailing address**
**ZHANG, Hongying**
**620 Azevedo Common**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.339**

**Nonpriority creditor's name and mailing address**
**ZHANG, Huaiyu**
**64 Statuary**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.340**

**Nonpriority creditor's name and mailing address**
**ZHANG, Jing**
**7-2 Building Jia Yuan Du Shi**
**Jiaxing, Zhejiang,**
**CHINA 314000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.341**

**Nonpriority creditor's name and mailing address**
**ZHANG, Junli**
**Rm 1906, Bldg. No. 16**
**Taiyang Yuan, Dazhongsi**
**Haidian District, Beijing,**
**CHINA 100080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.342**

**Nonpriority creditor's name and mailing address**
**ZHANG, Li**
**583 Battery St., Apt. 2201N**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343**

**Nonpriority creditor's name and mailing address**
**ZHANG, Meixian**
**No. 88 Building**
**Shijihuayuan Jiangbei Street**
**Dongyang City, Zhejiang**
**CHINA 322104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.344**

**Nonpriority creditor's name and mailing address**
**ZHANG, Ruiyun**
**Rm202, Unit 2, Bldg. 16, Qianshuiwan**
**Shunchi, Zhengdong New District,**
**Zhengzhou City, Henan Prov.**
**CHINA 450016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                      Case number (if known) _____
_____
Name

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Ting**
**Rm 2206 No 1C Lane 233**
**Puming Rd., Pudong New Area**
**Shanghai**
**CHINA 200120**

☐ Contingent
◼ Unliquidated
◼ Disputed

Date(s) debt was incurred _
**Basis for the claim:** __Investor__

Last 4 digits of account number _
Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Wang**
**64 Forrer Blvd.**
**Oakwood, OH 45419**

☐ Contingent
◼ Unliquidated
◼ Disputed

Date(s) debt was incurred _
**Basis for the claim:** __Investor__

Last 4 digits of account number _
Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Wei**
**Room 1902 Bldg 6, Binhai Window**
**Haide 3rd Road, Shenzhen**
**Guandong**
**CHINA 518083**

☐ Contingent
◼ Unliquidated
◼ Disputed

Date(s) debt was incurred _
**Basis for the claim:** __Investor__

Last 4 digits of account number _
Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Xin**
**Rm 801, Unit 4, Bldg. D1**
**Guoaocun Community**
**Chaoyang District, Beijing**
**CHINA 100000**

☐ Contingent
◼ Unliquidated
◼ Disputed

Date(s) debt was incurred _
**Basis for the claim:** __Investor__

Last 4 digits of account number _
Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Yan**
**7412 117th Pl SE**
**Newcastle, WA 98056**

☐ Contingent
◼ Unliquidated
◼ Disputed

Date(s) debt was incurred _
**Basis for the claim:** __Investor__

Last 4 digits of account number _
Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZHANG, Yan**
**708 Henley Fields Cir, Johns Creek**
**Atlanta, GA 30097**

☐ Contingent
◼ Unliquidated
◼ Disputed

Date(s) debt was incurred _
**Basis for the claim:** __Investor__

Last 4 digits of account number _
Is the claim subject to offset? ◼ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
_____
Name

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Yechao**
**36 Governors Lane**
**Princeton, NJ 08540**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Yifan**
**2587 Greendale Dr**
**South San Francisco, CA 94080**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Yingying**
**2451 East 10thSt., # 818**
**Bloomington, IN 47408**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Yuexin**
**115 Sterling Ct, Apt. 303**
**Savoy, IL 61874**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Yumei**
**Suite 105, Bldg. No.5, Xiangxieli Garden**
**No. 2 Fengtian Road, Futian District**
**Shenzhen, Guangdong Prov.**
**CHINA 518000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Yun**
**14668 Via Monteverde**
**San Diego, CA 92127**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHANG, Zhen**
**94 Interstellar**
**Irvine, CA 92618**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)* _____
         Name

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHANG, Zhiyan**
**Rm B6-607**
**Shuangjing Fu Li Cheng**
**Chaoyang District, Beijing**
**CHINA 100022**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHANG, Zhu**
**26 Silveroak**
**Irvine, CA 92620**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHAO, Dan**
**No 18 Binjiang Yaxinyuan**
**Chumen Town Yuhuan County**
**Taizhou Zhejiang**
**CHINA 317605**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHAO, Guoli**
**Rm 10-3-501, Xinyi Yuan**
**Nansan Huan Road**
**Xishan District, Kunming, Yunnan**
**CHINA 650000**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHAO, Jun**
**Rm 104, Bldg. No. 38,**
**No. 2 Yard, Xi'erqi West Road**
**Haidian District, Beijing**
**CHINA 100085**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHAO, Lichan**
**Rm 6605, CITIC Plaza, No. 233**
**Tianhe North Road, Tianhe District**
**Guangzhou, Guangdong Prov.**
**CHINA 510000**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
      Name

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHAO, Lujing**
**No 97 Lane 1028 Shuiqing Rd**
**Minhang District**
**Shanghai**
**CHINA  201199**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHAO, Qing**
**13A, Block 29, Yindu Huayuan**
**No.10 Shifang Road, Chang an District**
**Shijiazhuang, Hebei Prov.**
**CHINA 050041**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHAO, Shida**
**Rm 3-401, No.15 Xingfu Yicun Xili**
**Chaoyang District, Beijing**
**CHINA 100027**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHAO, Yingying**
**133 Shiji Garden Jiangbin North St.**
**Dongyang, Zhejiang,**
**CHINA 322100**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHAO, Yuxian**
**F/34, Guangzhou Bank Bldg. No. 30**
**Zhujiangdong East Road**
**Tianhe District, Guangzhou, Guangdong**
**CHINA 510000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHENG, Feng**
**8918 Jeffery Rd.**
**Great Falls, VA 22066**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHENG, Qin**
**54 Pinetree**
**Irvine, CA 92602**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number (if known) _____
_____
Name

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZHENG, Yanlan**
**16138 Elza Dr.**
**Hacienda Hts, CA 91745**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZHONG, Chao**
**Suite 1903, Bldg. No.1, Baolichengsaiwen**
**Huagang Ave., Huadu District**
**Guangzhou, Guangdong**
**CHINA 510800**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZHONG, Wen**
**208 Wicker**
**Irvine, CA 92618**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZHOU,  Yanxin**
**Rm 701, Unit 1, Bldg. 13**
**No. 380 Compound, Changping Rd.**
**Changping District, Beijing**
**CHINA 100096**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZHOU, Fan**
**16 East Ellington Court**
**South Elgin, IL 60177**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZHOU, Jiao**
**c/o Joey Yin**
**234 NW 117th Loop**
**Portland, OR 97229**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Las Vegas Economic Impact Regional Center, LLC**  Case number *(if known)* _____
 Name

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHOU, Jiqing**
**The First Floor, Wantong Furniture Bldg.**
**Huancheng 2nd Road, Qingcheng District**
**Qingyuan City, Guangdong Prov.**
**CHINA 511500**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHOU, Jiuhong**
**78 Medford**
**Irvine, CA 92620**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHOU, Juan**
**201 Unit 1, Bldg 19, Area B**
**Yangbuzhai Comm Liuting St**
**Chengyang Dist, Qingdao, Shandong**
**CHINA  266108**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHOU, Kai**
**2B, Unit 2, Bldg. 39, Chunhua 4 Season**
**Minkang Rd., Minzhi, Longhua New Dist.**
**Shenzhen, Guangdong Prov.**
**CHINA 518131**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHOU, Qiang**
**Suite 301, Bldg. No.32**
**Yushan Road**
**Pudong New Area, Shanghai**
**CHINA 200135**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ZHOU, Siyao**
**Rm 304, No. 22 Bldg.**
**Yiyuan, Anhuibei Lane**
**Chaoyang District, Beijing**
**CHINA 100101**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number *(if known)* _____
　　　　　　Name

| | | |
|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.383** | **Nonpriority creditor's name and mailing address**

ZHOU, Wenyuan
2409 Swirling Wind CV
Austin, TX 78735

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address**

ZHU, Bing
4500, 141st Ave., SE
Bellevue, WA 98006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address**

ZHU, Jin
3600 Pyramid Way
Mountain View, CA 94043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address**

ZHU, Lihua
1504 Voyager Dr.
Tustin, CA 92782

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address**

ZHU, Qiwei
43 W 16th St., Apt. 3H
New York, NY 10011

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**

ZHU, Ruiping
17 Wickham Rd
Winchester, MA 01890

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address**

ZHU, Xiaojing
1 Dearborn Street
Wellesley Hills, MA 02481

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Las Vegas Economic Impact Regional Center, LLC**
_____
Name

Case number (if known) _____

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHU, Ying**
**40 Sage Terrace**
**Scarsdale, NY 10583**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Investor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHU, Ying**
**Rm 202, Unit 2, Bldg. 32, Second Phase,**
**No. 9, Chenglong Avenue 1st Section**
**Jinjiang District, Chengdu Sichuan Prov.**
**CHINA 610011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Investor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZHUANG, Naiwei**
**43 Horseshoe Lane**
**Rolling Hills Estates, CA 92074**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Investor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BOFU, LLC**<br>**c/o Weidner Management, LLC,**<br>**as Manager**<br>**9711 Orient Express Ct.**<br>**Las Vegas, NV 89145** | Line  **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CIM Group L.P.**<br>**c/o Brownstein Hyatt Farber Schreck**<br>**Attn: Adam K. Bult**<br>**100 N. City Pkwy, #1600**<br>**Las Vegas, NV 89106** | Line  **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **DT3 Manager, LLC**<br>**c/o Paracorp Inc.,**<br>**as Registered Agent**<br>**318 N. Carson St., #208**<br>**Carson City, NV 89701** | Line  **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **DT3 Manager, LLC**<br>**c/o CIM Fund III, LP**<br>**Attn: Legal Dept./Managing Agent**<br>**4700 Wilshire Blvd.**<br>**Los Angeles, CA 90010** | Line  **3.42**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Las Vegas Economic Impact Regional Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **DT3 Manager, LLC**<br>**c/o Brownstein Hyatt Farber Schreck**<br>**Attn: Adam K. Bult**<br>**110 N. City Pkwy., #1600**<br>**Las Vegas, NV 89106** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **LVLA Loan Manager, LLC**<br>**c/o Brownstein Hyatt Farber Schreck**<br>**Attn: Adam K. Bult**<br>**110 N. City Pkwy., #1600**<br>**Las Vegas, NV 89106** | Line **3.174**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Pacific Western Bank**<br>**c/o Banc of California**<br>**Attn: Bankruptcy/Legal Dept.**<br>**11611 San Vicente Blvd., #500**<br>**Los Angeles, CA 90049** | Line **3.185**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Richard Neill**<br>**275 Liberty Point Ct.**<br>**Henderson, NV 89052** | Line **3.171**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Wailan Overseas Consulting Grp. Ltd.**<br>**810 7th Ave. #2000**<br>**New York, NY 10019** | Line **3.235**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Xuan Xu**<br>**8545 W. Warm Springs Rd.**<br>**A-4-229**<br>**Las Vegas, NV 89113** | Line **3.306**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **13,598.75** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **13,598.75** |

**Fill in this information to identify the case:**

Debtor name    **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Downtown3rd Development Fund LLLP** | **c/o Paracorp Inc., as Registered Agent 318 N. Carson St., #308 Carson City, NV 89701** | **Co-Debtor on all Claims on Schedules E/F** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Las Vegas Economic Impact Regional Center, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$375.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other  **Interest** | **$38.27** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$218,178.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other  **Other Revenue & Interest** | **$33,721.00** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                     Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Andersen Beede Weisenmiller, LLC**<br>**Attn: Ryan Andersen**<br>**3199 E. Warm Springs Rd., #400**<br>**Las Vegas, NV 89120** | 8/6/25 for<br>$8,262.40<br>9/12/25 for<br>$17,728.00,<br>10/7/25 for<br>$9,199.75,<br>and 10/9/25<br>for $2,210.00 | $29,137.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **BOFU, LLC**<br>**c/o Weidner Management, LLC,**<br>**as Manager**<br>**9711 Orient Express Ct.**<br>**Las Vegas, NV 89145**<br>**Managing Member** | 7/25/25 for<br>$9,470 | $9,470.00 | **Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Xinxing Wang, Xuan Xu, Yan Zhang, Xiaochu Liu, Xin Rong, derivatively on behalf of DownTown3rd Development Fund, LLLP v. CIM Group, L.P. et al.**<br>**A-21-844649-B** | **Breach of contract and breach of fiduciary duty** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wang v. Pacific Western Bank (appeal from related case)**<br>**Appeal No. 91495** | **Appeal from prder granting Pacific Western Bank's motion for partial summary judgment on Plaintiff's declaratory relief/rescission claim, et al.** | **Nevada Supreme Court**<br>**201 S. Carson St., #201**<br>**Carson City, NV 89701** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Larson & Zirzow, LLC Attn: Matthew C. Zirzow, Esq. 850 E. Bonneville Ave. Las Vegas, NV 89101** | | **10/28/25** | **$15,000.00** |
| **Email or website address www.lzlawnv.com** | | | |
| **Who made the payment, if not debtor? Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**  Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage 2225 Green Valley Pkwy. Henderson, NV 89014** | **James Weidner and Ryan Andersen, c/o Anderson Beede Weisenmiller, 3199 E Warm Springs Rd., Ste. 400, Las Vegas, NV 89120** | **Business records related to the Lucky Dragon Hotel &Casino** | ☐ No ☑ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                              Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Lucky Dragon, LP**<br>**c/o Shelley D. Krohn, Trustee**<br>**P.O. Box 34690**<br>**Las Vegas, NV 89133** | **Holding company for interests in Lucky Dragon Hotel & Casino, LLC (see explanation in Schedule A/B, question 15)** | EIN:    81-2301808<br><br>From-To   8/30/11 to 2021 |
| 25.2. **Lucky Dragon Hotel & Casino, LLC**<br>**c/o Brian D. Shapiro**<br>**as Former Chapter 7 Trustee**<br>**510 S. 8th St.**<br>**Las Vegas, NV 89101** | **Operating company for hotel-casino (see explanation in Schedule A/B, question 15)** | EIN:    45-3184351<br><br>From-To   4/14/16 to 2019 |

Debtor    **Las Vegas Economic Impact Regional Center, LLC**    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.3. **Downtown3rd Dev. Fund, LLLP** c/o Paracorp Inc., as Registered Agent 318 N. Carson St., #308 Carson City, NV 89701 | **EB-5 lender** | EIN:    32-0397382 <br> From-To    12/19/12 to Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Crystal A. Martin, CPA** 8240 W. Charleston Blvd., #3 Las Vegas, NV 89117 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Crystal A. Martin, CPA** 8240 W. Charleston Blvd., #3 Las Vegas, NV 89117 | |
| 26c.2. **Weidner Management, LLC** c/o James Weidner, as Manager 9711 Orient Express Ct. Las Vegas, NV 89145 | |
| 26c.3. **Eastern Investments, LLC** Attn: Jodi Fonfa, as Manager 200 W. Sahara Ave. Las Vegas, NV 89102 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                     Case number *(if known)*

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Eastern Investments, LLC** | **Attn: Jodi Fonfa, as Manager**<br>**200 W. Sahara Ave.**<br>**Las Vegas, NV 89102** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Weidner Management, LLC** | **c/o James Weidner, as Manager**<br>**9711 Orient Express Ct.**<br>**Las Vegas, NV 89145** | **Manging Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Las Vegas Economic Impact Regional Center, LLC**                    Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  7, 2025**

**/s/ James Weidner**                                **James Weidner**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Mgr. of Weidner Mgmt., LLC, as Mgr. of
                                         Bofu, LLC, as Mgr.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re __Las Vegas Economic Impact Regional Center, LLC__                    Case No. _____
                                                          Debtor(s)                    Chapter    __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................ $ _____ **15,000.00**

    Prior to the filing of this statement I have received ......................... $ _____ **15,000.00**

    Balance Due ........................................................................................ $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor          □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtor in any adversary proceedings or appeals.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

__November  7, 2025__                              __/s/ Matthew C. Zirzow__
*Date*                                          **Matthew C. Zirzow 7222**
                                                *Signature of Attorney*
                                                **Larson & Zirzow, LLC**
                                                **850 E. Bonneville Ave.**
                                                **Las Vegas, NV 89101**
                                                **702-382-1170  Fax: 702-382-1169**
                                                **mzirzow@lzlawnv.com**
                                                *Name of law firm*

**United States Bankruptcy Court**
**District of Nevada**

In re __Las Vegas Economic Impact Regional Center, LLC__

Debtor(s)

Case No. _____

Chapter __7_____

## VERIFICATION OF CREDITOR MATRIX

I, the Mgr. of Weidner Mgmt., LLC, as Mgr. of Bofu, LLC, as Mgr. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __November  7, 2025__

__/s/ James Weidner__
**James Weidner/Mgr. of Weidner Mgmt., LLC, as Mgr. of Bofu, LLC, as Mgr.**
Signer/Title

Las Vegas Economic Impact Regional Center, LLC
8240 W. Charleston Blvd., #3
Las Vegas, NV 89117

.

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Anwar Barbouti
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Bank of Nevada
P.O. Box 26237
Las Vegas, NV 89126

BOFU, LLC
c/o Crystal A. Martin CPA,
as Registered Agent
8240 W. Charleston Blvd., #3
Las Vegas, NV 89117

CAO, Jiafeng
16819 Parkvalle Ave.
Cerritos, CA 90703-1454

CHEN,   Jacqueline
No.103, Lane 3800, Longdong Ave.
Pudong District, Shanghai
CHINA 201210

CHEN, Fang
3 Haskel Drive
Princeton Junction, NJ 08550

CHEN, Jin
Rm 101, Unit 2, Bldg. 16
Dianchi Weicheng Lanwan, No. 12
Hongta Ease Rd, Kunming, Yunnan Prov.
CHINA 650000

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Azarmehr APLC
6877 S. Eastern Ave.
Las Vegas, NV 89119

BAO, Chen
28827 Blythewood Dr.
Rancho Palos Verdes, CA 90275

BOFU, LLC
c/o Weidner Management, LLC,
as Manager
9711 Orient Express Ct.
Las Vegas, NV 89145

CAO, Meiqun
Villa 12, No. 768 West Shuangxi Road
Xiguan Street, Wucheng District
Jinhua City, Zhejiang Province
CHINA 321000

CHEN, Anqi
1906, Baiyangzuo, Lufengouiyuan
1000 Huangbei Rd.,
Shenzhen City, Guangdong Prov.
CHINA 518003

CHEN, Hua
42 Clarke Street
Lexington, MA 02421

CHEN, Jing
103 Turquoise
Irvine, CA 92620

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

Andersen Beede Weisenmiller, LLC
Attn: Ryan Andersen
3199 E. Warm Springs Rd., #400
Las Vegas, NV 89120

Baker Donelson
First Horizon Building
165 Madison Ave., Suite 2000
Memphis, TN 38103

Barati, Amir
Entrance A, Persia Bldg.
North Shaghayegh Bvd
West Ferdo Biv Sout Satan, Tehran
Tehran, IRAN

CAI, Shijing
3366 Bramante Lane
Dublin, CA 94568

CAO, Qun
1466 Neleigh Pl
San Jose, CA 95131

CHEN, Bibo
2265 Lafayette Park Dr., Apt. A5
Easton, PA 18040

CHEN, Huiyi
Rm 3902, Bldg A1, No.28, Public G
N. 28 Machang Road, Tianhe Distric
Guangzhou, Guangdong Prov.
CHINA 510000

CHEN, Jingxuan
Unit 1A, Tower F, Bldg. No.1, Bihaiy
Qiaocheng East Road, Futian Distric
Shenzhen, Guangdong Prov.
CHINA 518000

CHEN, Junpeng
Rm 401, No.106
Huijing North Road, Tianhe District
Guangzhou, Guangdong Prov.
CHINA 5100000

CHEN, Ling
33 Shade Tree
Irvine, CA 92603

CHEN, Ning
1354 Hacienda Court
Campbell, CA 95008

CHEN, Xingxing
1509 West Farlington Street
West Covina, CA 91775

CHEN, Yanhua
441 Buchanan Ave.
Staten Island, NY 10314

CHENG, Yan
No 135, Chunjiang Cui Yun
Biguiyuan, No. 325 of Xingsha Ave,
Changsha, Hunan
CHINA 410100

Corporate Immigration Partners, PC
Attn: Judy Wong
465 California St., # 700
San Francisco, CA 94104

DENG, Wen
4069 Live Oak Lane
Yorba Linda, CA 92886

Downtown3rd Dev. Fund, LLLP
c/o Paracorp Inc.,
as Registered Agent
318 N. Carson St., #308
Carson City, NV 89701

DT3 Manager, LLC
c/o Brownstein Hyatt Farber Schreck
Attn: Adam K. Bult
110 N. City Pkwy., #1600
Las Vegas, NV 89106

CHEN, Kang
Shiji City Chenyueyuan Unit 2-3N
Landianchang West Road
Haidian District, Beijing
CHINA100097

CHEN, Minna
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

CHEN, Songyin
409 California Street, Unit D
Arcadia, CA 91006

CHEN, Xizhong
725 Longden Dr.
San Gabriel, CA 91775

CHEN, Yirui
10378 Wateridge Cir, Unit 341
San Diego, CA 92121

CIM Group L.P.
c/o Brownstein Hyatt Farber Schreck
Attn: Adam K. Bult
100 N. City Pkwy. #1600
Las Vegas, NV 89106

Crystal A. Martin, CPA
8240 W. Charleston Blvd., #3
Las Vegas, NV 89117

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third St.
Carson City, NV 89713

DT3 Manager, LLC
c/o DT3 Developer, LLC,
as Managing Member
4700 Wilshire Blvd.
Los Angeles, CA 90010

DT3 Manager, LLC
c/o CIM Fund III, LP
Attn: Legal Dept./Managing Agent
4700 Wilshire Blvd.
Los Angeles, CA 90010

CHEN, Lin
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District,
Guangzhou, Guandong Prov.
CHINA 510000

CHEN, Na
27651 Rosebud Way
Laguna Niguel, CA 92677

CHEN, Xianna
A9-1B, Jincheng Garden
Guangzhou, Guangdong
CHINA 510000

CHEN, Yanchun
9745 63rd Dr., Apt. 5F
Rego Park, NY 11374

CHEN, Yu
2738 Norway Maple Ct.
Ocoee, FL 34761

CIM Group, L.P.
Attn: Legal/Bankr. Dep't
4700 Wilshire Blvd.
Los Angeles, CA 90010

CUI, Victor Yu
81-83 Bay State Road, 0111
Boston, MA 02215

DOU, Yangjun
1471 Ida Ave., Apt. 305
Columbus, OH 43212

DT3 Manager, LLC
c/o Paracorp Inc.,
as Registered Agent
318 N. Carson St., #208
Carson City, NV 89701

DU, Zhengqin
7 Tompkins Ave
Jericho, NY 11753

Eastern Investments, LLC
Attn: Jodi Fonfa, as Manager
200 W. Sahara Ave., #4001
Las Vegas, NV 89102

Eastern Investments, LLC
Attn: Jodi Fonfa, as Manager
200 W. Sahara Ave.
Las Vegas, NV 89102

Elkharashi, Ahmed
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

FAN, Yingchun
8 Percheron Ln.
Roslyn Heights, NY 11577

FANG, Jiabao
4819 212th St. SE
Bothell, WA 98021

FEI, Li
1057 Autumn Mist Lane
Great Falls, VA 22066

FEI, Xue
175 North Harbor Dr., Apt. 2508
Chicago, IL 60601

FEI, Xuehang
385 S. Catalina Ave., Apt. 206
Pasadena, CA 91106

FENG, Li
1867 Wood River St.
Henderson, NV 89052

Fifth Street Gaming
Attn: Legal Dept./Manging Agent
650 S. Main St.
Las Vegas, NV 89101

Foster LLP
3 Greenway Plaza, Suite 800
Houston, TX 77046

FU, Huaiyang
L1101, Shangheng Xunbao
No.277 Shangjing S. Road, Tianhe D
Guangzhou, Guangdong District
CHINA 510000

FU, Kate Y (ZHU, Yanqing)
801 Kakala Street 701
Kapolei, HI 96707

FU, Zhirong
1401, No.2, Beixiaojie, Dongzhimen
Dongcheng District, Beijing
CHINA 100010

GE, Shuheng
No.23 Fortuna West
Irvine, CA 92620

Ghanadi, Kianoush
#24, Sagvand Alley, Before Jandarmeri Sq
Imam St., Khorram Abad
Lorestan
IRAN

Global Law Group
140 S. Lake Ave, #230
Pasadena, CA 91101

GONG, Ming
57 David Brearly Ct.
Princeton, NJ 08540

Grzeca Law Group
1434 W. State St.
Milwaukee, WI 53233

GU, He
23 Clocktower
Irvine, CA 92620

GU, Lixing
1608 Lexington Lane
Pleasanton, CA 94566

GUAN, Lingzhi
2481 Lockerly Pass
Duluth, GA 30097

GUAN, Xianglan
120 Homecoming
Irvine, CA 92602

GUI, Zhaozhi
No. 2, Alley 3, 14th Street
Daliang Hegui Rd., Shunde District
Foshan, Guangdong Prov.
CHINA 528300

GUO, Chenjian
1879 N. Crenshaw Cir
Vernon Hills, IL 60061

GUO, Suqin
221 Windsor Road
Newton, MA 02468

GUO, Wei
No. 702, United, 3# Bldg.
Hongjialiyuan, Luozhuangnanli
Haidian District
CHINA 100088

HAN, Xiaoping
Rm 802, Unit 2, Bldg. No. 5
Wanrun Garden, Huilongguan Town
Changping District, Beijing
CHINA 102208

HAN, Guoxiang
1814 Watson Drive
Arcadia, CA 91006

HE, Caixian
No. 402, Unit B, Bldg. 27
Jinghu Chuntian, Dongcheng Dist.
Dongguan City, Guangdong Prov.
CHINA 523007

HE, Dong
6648 Eames Way
Bethesda, MD 20817

HE, Hanxiao
Rm 6605, Citic Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

HE, Shiwu
Room 101, No. 43, Lane 508
Xinyuan Road, Qingpu District
Shanghai
CHINA 201700

HE, Yetian
77 Heyi Road, Suite 1504
Haishu District
Ningbo, Zhejiang
CHINA 315000

HO Thanh Tuan
54 bguyen Thi Thap
Tan Hung Ward, District 7
Khu Dan Cu Ham Lam, Ho Chi Minh
VIETNAM

HONG,   Yang
13659 NE 32nd PL
Bellevue, WA 98005-1400

HOU, Jian
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

HU, Tao
8-801, Zone A, No. 1 Wulin
South Hushu Road
Gongshu Dist., Hangzhou, Zhejiang Prov.
CHINA 310000

HUANG, Jinwen
158 Willey St
Gilberts, IL 60136

HUANG, Xiaoting
11008 Hawkshead Ct.
Windermere, FL 34786

HUANG, Xiaoying
A7-502, No.59 Linjiang Road
Tianhe District
Guangzhou, Guangdong Prov.
CHINA 510000

HUANG, Ying
3320 Fontaine Street
Plano, TX 75075

HUANG, Yuyun
6A, Tower 2, The Pavilia Hill
18A Tin Hau Temple Road
Tin Hau, Hong Kong
CHINA 999077

HUANG, Zemin
777 University Ave., Apt 1425
Madison, WI 53715

HUO, Weihan
15-201 Phoenix Mansion
Fengqi Rd, Gongshu District
Hangzhou
CHINA 310005

JI, Xusheng
Rm 19A, Tower 3
Huang Pu Estate (Le Parc)
Jun You Park, Futian
Shenzhen, CHINA 518034

JIA, Shaojun
2635 Casella Way
San Ramon, CA 94582

JIA, Yanhong
3783 W. Calimyrna Ave.
Fresno, CA 93711

JIANG, Honghong
No302, Bldg.5, Shenghui Garden, Xinghewa
Yingbin Road, Panyu District
Guangzhou, Guangdong Prov.
CHINA 511400

JIANG, Lihua
3336 Bramante Lane
Dublin, CA 94568

JIANG, Xin
4055 Sunridge Rd.
Pebble Beach, CA 93953

JIANG, Ying
9878 Sintra Way
Elk Grove, CA 95757

JIN,   Jiandong
Unit 701, Flat 8
233 Ruihong Road
Shanghai
CHINA 200080

JIN, Mengna
3204 15th Ave W
Seattle, WA 98119

Khosla,   Aman
4427 Perves St Ap. 12B
Long Island City, NY 11101

Khosla. Aditi
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

KO,   ISEI
#0650, Jinya Garden, 3rd Area
Ersha Island, Guangzhou
CHINA 510105

LAN, Hongren
No.10, Xiqu No.6 Street, Yujing Garden
Luoxi Xincheng, Panyu District
Guangzhou, Guangdong
CHINA 511400

Larry C. Liou & Assocs.
150 N Santa Anita Ave., Ste 890
Arcadia, CA 91006

LEI, Chao
Bldg. D, Unit 1, No.128 Bldg, Jinkan G
Jinjiamg Rd, Panlong District
Kunming, Yunnan Prov.
CHINA 650224

LEI, Xiaoxia
No 264 Xiangjiang Garden
No 1 Xiangjiang North Rd
Changyang Dist
Beijing CHINA 100103

LI,   Xiurong
343 E 74th Street, Apt 11D
New York, NY 10021

LI, Guohong
15694 New Park Ter
San Diego, CA 92127

LI, Linfang
1920 Woodbury St.
Houston, TX 77030

LI, Ping
36 Bianco
Irvine, CA 92618-0106

LI, Rong
1419 Sea Ridge Dr.
Newport Beach, CA 92660

LI, Wanling
D-1-11A, Shenganzhuo Garden
No. 55 Zijing East Road
Wuhou District, Chengdu, Sichuan Prov.
CHINA 610094

LI, Xia
333 Country Club Road
Newton, MA 02459

LI, Xin
7725 Gateway Unit 3345
Irvine, CA 92618

LI, Yuyin
Rm 303, Block 3, Xin Yue Ming Zhu Garden
Jin Hua Nan Road, Da Shi, Pan Yu Distric
Guang Zhou, Guangdong Province
CHINA 511430

LENG, Bo
Rm 1701, Unit 3,  Block 11
Yaolongkangcheng, Jiangdong
Kunming, Yunnan Province
CHINA 650000

LI,   Yan
Rm1703, Xin He Wan, Dashi Town
Building 6, Guangzhou
China 511400

LI, Hongbo
8843 E. Fairview Ave.
San Gabriel, CA 91775

LI, Liqun
5808 Lake Washington Blvd SE
Bellevue, WA 98006

LI, Qi
1724 211th Ave SE
Sammamish, WA 98075

LI, Shanzhen
316 Ellington Ave. East
Garden City, NY 11530

LI, Weiwei
747 Santa Anita Ave.
San Marino, CA 91108

LI, Xiaofan
Rm 2901, Unit 3, Block B
Jinmen Apt., No.160 Zhangzizhong Rd
Heping District, Tianjin City
CHINA 300041

LI, Yifang
8 Bayberry Close
Piscataway, NJ 08854

LI, Zehua
402A, Chaoyang Height
Central Garden, Futian District
Shenzhen, Guangdong Prov.
CHINA 518000

LI, Qiuqiong
Rm 6605, Citic Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
China 510000

LI, Chan
355 Edgewater Dr.
San Marcos, CA 92078

LI, Jianyu
Rm 6605, Citic Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
China 510000

LI, Peiyi
Suite 302, Bldg. No.4
Jinhe Residential Quarter, Futian Dis
Shenzhen, Guangdong Prov.
CHINA 518000

LI, Qing
Rm 301, Unit3, No.6 Bldg., No. 5 C
Xili, Qingnian Road
Chaoyang District, Beijing
CHINA 100020

LI, Shuying
Rm. 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Province
CHINA 510000

LI, Wenjuan
2104 W. Harriet Ln.
Anaheim, CA 92804

LI, Xiaohong
15208 Los Altos Dr.
Hacienda Hts, CA 91745

LI, Yunxiang
6539 Placid St.
Falls Church, VA 22043

LI, Zhaocun
5508 Southern Cross Avenue
Raleigh, NC 27606

LI, Zizhang
12 Quarry Lane, Apt. 3115
Malden, MA 02148

LIAN, Congming
2125 1st Ave., Unit 2002
Seattle, WA 98121

LIANG, Hui
No. 2 Building 16 Bisuoxiaozhen
Songbei District Harbin City
Heilongjia Province 150028
CHINA

LIANG, Xiaoyuan
Rm 1301, Bldg. 1
Xianglilvzhou, Nongke Center
Futian District, Shenzhen
CHINA 518040

LIANG, Yanyan
2702, Donghaiyuan, Fuyuan Garden Ph. I
Ronghua Road, Futian District
Shenzhen, Guangdong Prov.
CHINA 518000

LIANG, Yihui
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Province
CHINA 510000

LIANG, Zhigang
#2001, Bldg. No. 3, 2nd Phase
Jinxiu Xiangjiang Residential Quarter, S
Panyu District, Guangzhou
CHINA 511449

LIAO, Xu
25707 Kearsley Dr.
Katy, TX 77494

LIAO, Liying
15142 SE 66th St.
Bellevue, WA 98006

LIAO, Qilong
Rm 2202, Unit 2, Bldg. 2
Yuanyang Qinshanshui Zone, Yuquanxili
Shijingshan District, Beijing
CHINA 100040

LIAO, Wenjian
10A, Bldg. 1, Bohaimingyuan
Gaoxin South Ave 11, Nanshan District
Shenzhen, Guangdong Province
CHINA 518000

LIN, Biyu
416 Brooklyn Ave.
New Hyde Park, NY 11040

LIN, Liangcheng
Rm 101, Bldg. E7, Fulicheng
Baiyun, Guangzhou
Guangdong Province
CHINA 510000

LIN, Lizhen
6B-06, Chengshi Shanqu
Tonggu Rd, Nanshan District
Shenzhen, Guangdong Prov.
CHINA 518000

LIN, Shaohong
14070 Nona Lane
Whittier, CA 90602

LIN, Shuhan
Rm 1202, Bldg. 5
Ziyuhuafu, No. 7 Anli Rd.
Chaoyang Distrisct, Beijing
CHINA 100020

LIU, Dan
Rm 408 Block 1, Anzhitinglan Second St.
Licheng Country Gardens
Zengcheng District, Guangzhou
China

LIU, Dengwei
Rm 25A, Bldg. 7, Phase 1
Yangguangdai Haibincheng, Nanshan D
Shenzhen, Guangdong Province
China 518000

LIU, Dexin
Rm 1401, No 20,  Lane 1355
Yingchun Rd., Pudong New Area
Shanghai 20013
CHINA

LIU, Fang
No. 2 Unit 3, Bldg. 6
Senyu Yinyue Garden, No.599, Huafu Ave.
Huayang, Chengdu, Sichuan Province
China

LIU, Haoyu
3950 Wells Ave N
Renton, WA 98056

LIU, Hongping
c/o YIN Qian
64 Hawking
Irving, CA 92618

LIU, Hongping
1418 Lexington Street
Tustin, CA 92782

LIU, Ming
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Province
China 510000

LIU, Minyi
Rm 2802, Block C, Huabiao Pinfeng
No.55 Dongsha St., Binjiang Middel Rd.
Haizhu District, Guangzhou, Guangdong Pr
China 510220

LIU, Pai
268 121st Lane NW
Coon Rapids, MN 55433

LIU, Siqi
West Door, 4F, Unit 1, Bldg 108
Youyue Huayuan, Kuanggong Rd
Pingdingshan Henan
China 467099

LIU, Tingbin
Rm 3-601, Bldg. 913
Zhongguancun Villiage
Haidian District, Beijing
China

LIU, Weiliang
10 Hillcrest Road
Morganville, NJ 07751

LIU, Xiaochu
Rm 3302 Bldg 6
Shanshixuan No 301
Hanhe Rd, Haidian District
Beijing CHINA  100195

LIU, Xiaodong
103A, Bldg., Xianquan Shanzhuang
Pengxing Road, Luohu District
Shenzhen, Guangdong
China

LIU, Xiaohui
Rm. 16001, Bldg. A, Yixin Huayuan
No. 283, Shaoshan North Road
Yuhua District, Changsha, Hunan
China

LIU, Xudong
Rm 1201, No.11, Huafu Street
Tianhe District
Guangzhou, Guangdong
China 510000

LIU, Yan
1F, Bldg. 19 Baiyiyuan, Sinolink Garden
Taining Rd., Luohu District
Shenzhen, Guangdong
China 518020

LIU, Yiming
12130 Rice Dr
Tustin, CA 92782

LIU, Yirang
301 Church Ave.
Apt. A447B
College Station, TX 77840

LIU, Yixi
8800 Lombard Place, Apt. 1111
San Diego, CA 92122

LIU, Yukun
7743 Summerlake Pointe Blvd
Winter Garden, FL 34787

LIU, Zhiqiang
2025 Fernbank Ave.
Monterey Park, CA 91754

LOU, Yajing
40427 Wgasa Pl
Temecula, CA 92591

LU, Jian
E10-1801, Zhujiang Yujingwan
Haizhu District
Guangzhou, Guangdong Prov.
CHINA 510000

LU, Jianhong
112 Osborne Path
Newton Center, MA 02459

Lucky Dragon Hotel & Casino, LLC
c/o Brian D. Shapiro,
as Former Chapter 7 Trustee
510 S. 8th St.
Las Vegas, NV 89101

Lucky Dragon Hotel & Casino, LLC
c/o William H. Heaton, Reg. Agent
Heaton Legal Group, LLC
7285 Dean Martin Dr., #180
Las Vegas, NV 89118

Lucky Dragon LP
c/o Shelley D. Krohn,
as Chapter 7 Trustee
P.O. Box 34690
Las Vegas, NV 89123

Lucky Dragon, LP
c/o Shelley D. Krohn, Trustee
P.O. Box 34690
Las Vegas, NV 89133

LUO, Haowen
Rm 3003, Bldg. 2, Dormitory The People's
No. 6 Zi'an Road,
Nanchang, Jiangxi Prov.
China

LUO, Xinyi
77 Heyi Road, Suite 1504
Haishu District, Ningbo
Zhejiang
CHINA 315000

LVLA Loan Manager, LLC
c/o Paracorp Inc.,
as Registered Agent
2140 S. DuPont Hwy.
Camden, DE 19934

LVLA Loan Manager, LLC
c/o Brownstein Hyatt Farber Schreck
Attn: Adam K. Bult
110 N. City Pkwy., #1600
Las Vegas, NV 89106

Marquis Aurbach, P.C.
Attn: Tye S. Hanseen
10001 Park Run Dr.
Las Vegas, NV 89145

MENG, Lu c/o JIANG Ziping
Room 701, No. 20 Jingwei 12th Street
Daoli District, Harbin City
Heilongjiang Province
CHINA 150016

Miao, Xiujuan
Suite 302, Unit 2, Bldg. No. 52
Yuanyang Tiandi, Zhuangxili, Bali,
Chaoyang District, Beijing
CHINA 100020

MO, Shaomei
Hengli North Road Tail
Anbu Town, Chaoan District
Chaozhou, Guangdong Prov.
CHINA 515638

MOON, Yi Jung
1223 Wilshire Blvd., Ste. 147
Santa Monica, CA 90403

NA, Ronglin
6975 E. Princess Drive, Apt. 2017
Phoenix, AZ 85054

Nevada Attorney General's Office
McCarran Center - Nevada Campus
1 State of Nevada Way, #100
Las Vegas, NV 89119

Nguyen Thi Thuy
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

NI, Jing
107 Saybrook
Irvine, CA 92620

NI, Jing
115 Cordial
Irvine, CA 92620

NIE, Ying
1828 245th Avenue SE
Sammamish, WA 98075

Pacific Western Bank
c/o Snell & Wilmer, LLP
Attn: Patrick G. Byrne
1700 S. Pavilion Center Dr., #700
Las Vegas, NV 89135

Pacific Western Bank
c/o Banc of California
Attn: Bankruptcy/Legal Dept.
11611 San Vicente Blvd., #500
Los Angeles, CA 90049

PAN, Gaodong
34 Runningbrook
Irvine, CA 92620

PAN, Hongyi
2801, Bldg. A1,Tianhe Xinzuo, No. 77
Tianhe Rd. East, Tianhe District
Guangzhou, Guangdong
CHINA 510000

PAN, Jianhua
Suite 201, Bldg. #34
No.1318 Changyang Road
Yangpu District, Shanghai
CHINA 200082

PAN, Qianjie
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

Patel, Manhar
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Peng & Weber, PLLC
3035 Island Crest Way, #200
Mercer Island, WA 98040

Pham, Dong Giang
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Phan, Anh Tuan
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

QI, Jingwei
13138 Thornapple Pl.
Herndon, VA 20171

QI, Jinzhuang
5755 Ciretta Court
Frisco, TX 75035

QIAN, Lili
45 Harwick Court
Ladera Ranch, CA 92694

QIAN, Tao
Rm 906, 158 Central Jingnan Road
Guangzhou, Guandgong Province
CHINA 510240

QIN, Xibin
112 Cruiser
Irvine, CA 92618

QIN, Zuyun
1148 Sheridan Road
Wilmette, IL 60091

QU, Chen
Rm. 201, Unit1, Bldg. 5
Wanrun Garden, Huilongguan Town
Changping District, Beijing
CHINA 102200

QUAN, Xianghai
178 Noyo Dr.
San Jose, CA 95123

Reid & Wise, LLC
Attn: Matthew Sava
One Penn Plaza, Suite 2015
New York, NY 10119

REN, Juan
15230 SW Sparrow Loop, Unit 101
Beaverton, OR 97007

REN, Ruicao
1104 Malba Drive
Whitestone, NY 11357

Richard Neill
275 Liberty Point Ct.
Henderson, NV 89052

RONG, Xin
82 Urbana Dr.
Henderson, NV 89074

RUI, Jing
Rm. 1602, Nr 25, Lane 1399
Dingxiang Road, Shanghai
CHINA 200040

Shelley D. Krohn, Trustee
c/o Fox Rothschild, LLP
Attn: Jeanette E. McPherson
1980 Festival Plaza Dr., #700
Las Vegas, NV 89135

SHEN, Mengli
E6-3C Chateau Regalia
Tianzhu Shunyi District
Beijing
CHINA 101312

SHEN, Ruifang
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Province
CHINA 510000

SHEN, Ziqing
600 S. Abel St., Unit 519
Milpitas, CA 95035

SHENG, Junying
24 Morning Glory
Irvine, CA 92603

Shenzhen Worldway Immigration
Consulting Group
c/o WorldWay Group
1394–1396 Beacon St.
Brookline, MA 02446

SHI, Meng
168 Spectacle
Irvine, CA 92618

SHI, Tiejun
1226 W. Cedar St.
Ontario, CA 91762

SHI, Yan
11370 Olbrich Trl
Johns Creek, GA 30097

Shinyway Emigration Int'l
No. 528 Xixi Road
Xihu District
Hangzhou, Zhejiang
CHINA 310061

SHOU, Limiao
6554B 224th St.
Oakland Gardens, NY 11364

SHU, Zhi
31 Desert Willow
Irvine, CA 92606

SONG, Hanqing
No. 2 North Andeli Street
Xicheng District, Beijing
CHINA 100000

SONG, Zifei
3538 Cinnamon Ridge Rd.
San Ramon, CA 94582

Stone Grzegorek & Gonzalez, LLP
707 Wilshire Blvd., #3200
Los Angeles, CA 90017

SU, Jing
32 Garrison St., Apt 50-206
Boston, MA 02116

SU, Qingshen
20510 Shadow Mill Court
Katy, TX 77450

SUEN, Yinling
64 Hope Street, Apt 1
Stamford, CT 06906

SUN, Zeyun
15620 Canon Lane
Chino Hills, CA 91709

SUN, Buxun
7807 Camino Glorita
San Diego, CA 92122

SUN, Hong
350 West 50th St., Apt. 18C
New York, NY 10019

SUN, Penglu
13792 Solitaire Way
Irvine, CA 92620

TAO, Jianjin
1757 229th PL SE
Sammamish, WA 98075

TIAN, Zhongjun
5307 S. Hyde Park Blvd., Apt. 413
Chicago, IL 60615

TRAN, Thuc Hien
14A, 40 Thao Dien
District 2, Ho Chi Minh City
713000
VIETNAM

TU, Jianjun
1780 S. Santa Anita Ave.
Arcadia, CA 91006-4647

TU, Yanjun
No. 165, Lane 418 East Jinxiu Road
Pudong New District
Shanghai
CHINA 200120

U.S. Citizenship & Immig. Services
5650 W. Badura Ave., #100
Las Vegas, NV 89118

U.S. Citizenship & Immig. Services
5900 Capital Gateway Dr.
Camp Springs, MD 20588

U.S. Small Business Administration
Attn: Office of General Counsel
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

VU, My Hanh
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

VU, Thi Hoan
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

VU, Hong Nam
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

Wailan Group
1788-650 W. Georgia St.
Vancouver, British Columbia
V6B 4N9
CANADA

Wailan Overseas Consulting Grp. Ltd.
810 7th Ave. #2000
New York, NY 10019

Wailan Overseas Consult. Grp., Inc
Start Chambers, Wickham's Cay II
P.O. Box 2221
Tortola, British Virgin Islands
VG1110

WAN, Chayu
533 Cambridge Street Unit 307
Allston, MA 02134

WAN, Lili
11 Vernal Spring
Irvine, CA 92603

WANG, Chunhua
Rm 3406, Bldg. 9 No.15
Haiyi Street, Haizhu District
Guangzhou, Guangdong
CHINA 510020

WANG, Difei
13407 Coadhford Ave.
Rosemount, MN 55068

WANG, Dongshu
Rm 706, No.141 Nanxiao Street
Xicheng District, Beijing
CHINA 100034

WANG, Fang
14705 Overlook Dr E
Bonney Lake, WA 98391

WANG, Heng
4234 Sheffield Rd
Madison, WI 53711

WANG, Hongying
Rm 701, Block A, Bldg. 12, Zhongxin Hong
Baishi Road, Nanshan District
Shenzhen, Guangdong Prov.
CHINA 518000

WANG, Li
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

WANG, Lili
Rm 203,Unit B, Bldg. 21, Hengmao Guoji H
No. 205 Guangchang S. Rd., Xihu Distr
Nanchang, Jiangxi Prov.
CHINA 330003

WANG, Lin
71A Steamboat Rd
Great Neck, NY 11024

WANG, Rong
Rm 6605, Citic Plaza, No. 233
Tianhe North Rd, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

WANG, Rui
23411 Summerfield, Apt. #34K
Aliso Viejo, CA 92656

WANG, Sheng
14274 Via Baroda
San Diego, CA 92130

WANG, Sheng
PO Box 675513
Rancho Santa Fe, CA 92067

WANG, Ting
7020 50th St. W
University Place, WA 98467

WANG, Wei
4923 Owen Drive
Plano, TX 75024

WANG, Wenzheng
15924 Las Palmeras Ave.
La Mirada, CA 90638

WANG, Xiang
Rm 302, Unit 1, No. 24 Bldg., 2nd Phase
Mei Li Yuan, No. 20 WuKeSong Road
Haidian District, Beijing
CHINA 100089

WANG, Xiaodi
3912 Eastern Ave N.
Seattle, WA 98103

WANG, Xiaomei
53 Sconset Lane
Irvine, CA 92620

WANG, Xinle
Rm 2301, No. 11, 1355 Lane
Yingchun Rd., Pudong New District
Shanghai
CHINA 200120

WANG, Xinxing
1058 Jason Pl.
Diamond Bar, CA 91765

WANG, Xiuju
9482 Azusa Court
Riverside, CA 92508

WANG, Yanhong
460 Fairview Ave., Apt. 3
Arcadia, CA 91007

WANG, Yanling
60 Palatine, Apt. 309
Irvine, CA 92612

WANG, Ying
22961 SE 18th Pl
Sammamish, WA 98075

WANG, Yu
931 Clara Dr.
Palo Alto, CA 94303

WANG, Yunyi
77 Heyi Road, Suite 1504
Haishu District, Ningbo
Zhejiang
CHINA 315000

WANG, Zengyan
822 Point Creek CT
San Jose, CA 95133

WANG, Zhengming
No. 3, Mingzhu Garden, Jiaotong Road
Chuanhui District, Zhoukou, Henan
CHINA 466000

WANG, Zixuan
Rm 1185, Bldg. 15
Jinxingyuan, Taiyanggong
Chaoyang District, Beijing
CHINA 100028

WEI, Na
No. 5 Bldg., Star Park, No, 2
Beixing Road East
Xihongmen, Daxing District, Beijing
CHINA 102612

WEI, Yun
Room 201, Unit 4, Bldg. 2
Shangzhuge No 5 of Sanlile Rd Haidan
Beijing
CHINA 100044

Weidner Management, LLC
c/o James Weidner, as Manager
9711 Orient Express Ct.
Las Vegas, NV 89145

WEN, Qun
Rm 6605, Citic Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

WEN, Rou
16 Stagg Drive
Natick, MA 01760

WENG, Chenhua
Sheji Road, Zancheng Liangzhu 5-4
District Yuhang, Hangzhou
Zhejiang Province
CHINA 311100

Western Alliance Bank
Attn: Bankruptcy Dept/Managing Age
P.O. Box 26237
Las Vegas, NV 89126-0237

Wolfsdorf Rosenthal LLP
1416 2nd St.
Santa Monica, CA 90401

WONG, Tak Kam
Flat C, G/F, Block 8
11 Sha Tseng Road, Yuen Long
Hong Kong
CHINA

WTW
7F, No. 149, Sec. 2, Minsheng E. R
Taipei, Taiwan 104

WU, Fei
No. 9 Villa Zone1, Lgend Garden
No. 89 Jichang Road
Chaoyang District, Beijing
CHINA 101312

WU, Jinglan
Rm 601, No.65, Cuihua Street
Xihu  District
Nanchang, Jiangxi Prov.
CHINA 330009

WU, Jingling
Rm 6605, Citic Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

WU, Jun
Rm 203, Bldg. 2, Shijicheng Erqu
Shuangqiao District
Chengde, Hebei Prov.
CHINA 067000

WU, Lili
530 Temple Hills Dr.
Laguna Beach, CA 92651

WU, Yunjian
Rm 804, Unit 2, Block A
Junyuan Garden, Qingyun Street
Kunming, Yunnan Prov.
CHINA 650000

XIA, Chen
Rm 302 No 22 Lane 4250 Pudong Rd
S Pudong New Area
Shanghai
CHINA 200126

XIA, Meili
No. 142, Lane 2255
Luoshan Road, Pudong New District
Shanghai
CHINA 200120

XIA, Wei
520 99th Ave NE
Bellevue, WA 98004

XIANG, Fang
Suite 2239C, Golf City Garden Lihuju
No .8 Jinshan Ave., Dongxihu District
Wuhan City, Hubei Prov.
CHINA 430040

XIANG, Guangqing
8839 Naomi Ave.
San Gabriel, CA 91775

XIANG, Hui
5-2-1002 Lechen Residence
No. 74 Dawang South Road
Chaoyang District, Beijing
CHINA 100000

XIANG, Qiongfang
2707 E. Valley Blvd., Suite 300
West Covina, CA 91789

XIAO,  Lingfeng
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

XIAO, Hongzhi
5633 Ridgeview Dr.
La Verne, CA 91750

XIAO, Yao
Rm 1802, Unit 3, Doctor Apt, the First A
of Harbin Medical Univ., No. 240, Garden
Nangang District, Harbin, Heilongjiang
CHINA 150000

XIAO, Yinhao
1900 South Eads St., Apt. 531
Arlington, VA 22202

XIE, Biyu
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

XIE, Guimei
Room 22-801, No. 166, Gaoshui Road
Maoming City
Guangdong
CHINA 525001

XING, Tian
8-34-8, Baiyundu, Sanli Courtyard
No.1299 Jiannan Ave., Huayang Town
Shuangliu County, Chengdu, Sichuan Prov.
CHINA 610213

XIONG, Xuyu
222-05 Grand Central Parkway
Queens Village, NY 11427

XU, Haiyan
301E 81st St., Unit 5B
New York, NY 10028

XU, Hui
8-1-401 Huanbi Yuan Feicui Town
Gaojiao Rd. Yuhang District
Hangzhou, Zhejiang
China 310023

XU, Jianguo
8 Lowland
Irvine, CA 92602

XU, Jie
213 Telluride Trail
Chapel Hill, NC 27514

XU, Leian
CM 2732, Rose-hulman Institute of Techno
5500 Wabash Ave,
Terre Haute, IN 47803

XU, Li
1133 Yates Way
San Mateo, CA 94403

XU, Weijie
Bldg. 12, 2nd Street, Zong Lv Yang Guang
Biguiyuan, Xinhui District
Jiangmen, Guangdong Prov.
China 529100

XU, Xiaofeng
3429 Estacado Lane
Plano, TX 75025

Xu, Xiaona
27673 Manor Hill Road
Laguna Niguel, CA 92677

XU, Xiaoran
6845 171st Court SE
Bellevue, WA 98006

XU, Xuan
3 Silver Hill Ln, Unit 5
Natick, MA 01760

XU, Yurong
Bldg. 12, 2nd Street, Zong Lv YangG
Biguiyuan, Xinhui District
Jiangmen, Guangdong Prov.
CHINA 529100

Xuan Xu
8545 W. Warm Springs Rd.
A-4-229
Las Vegas, NV 89113

XUAN, Shu
24 Nickerson Road
Lexington, MA 02421

XUE, Weijin
803 Hao, 2 Dan Yuan 23 Dong
Gong Ping Lu 45 Hao
Wuhan, Hubei
CHINA 430062

YAN, Guangju
Rm 1005, Unit 2, Block B, Zuo'an Flat
Century Life Community, Erhuanxi Rd.
Wuhan District, Kunming, Yunnan
CHINA 650000

YAN, Shaozhen
Rm 1302, Bldg.15, Jinbi Shiji Garden
Zhongshan East Road, Huangpu District
Guangzhou, Guangdong Prov.
CHINA 510700

YAN, Xiaoqing
No. 1002, 2/F, No. 26 Zhugezhuang
Haidian District, Beijing
CHINA 100000

YANG, Fuyun
Rm 502, Unit 5, Bldg. No.30
Guoji Garden, No. 230 Haiyuan North Rd.
Wuhua District, Kunming, Yunnan Prov.
China 650032

YANG, Jing
139 Prospect Street Unit 1
Acton, MA 01720

YANG, Liu
Rm 2909, 201 Zhong Shan Si Road
Yuexiu District, Guangzhou
China 510030

YANG, Qingliang
44807 Corte Gutierrez
Temecula, CA 92592

YANG, Xiaoqu
8340 Greensboro Dr.
McLean, VA 22102

YANG, Yanzhao
8240 W. Charleston Blvd., Suite 3
Las Vegas, NV 89117

YANG, Yaoye
285 S. Vermont Ave
Glendale, CA 91741

YANG, Ying
2762 Alliston Loop
Dublin, CA 94568

YANG, Zhe
511 Pinecrest Ln
Wilmette, IL 60091

YANG, Zixun
426 Camille Circle, Unit 11
San Jose, CA 95134

YE, Fei
659 Westridge Ave.
Glendora, CA 91740

YE, Jianwei
28405 Las Cabos
Laguna Niguel, CA 92677

YE, Jiaxin
Rm 6605, Citic Plaza, No.233 Tianhe N.
Tianhe District
Guangzhou, Guandong Province
CHINA 510000

YE, Jinyun
Rm 1307, Bldg. 5, Jiahe Estate, No. 148
Dongfeng West Road, Liwan District
Guangzhou, Guangdong Prov.
CHINA 510000

YE, Xiaolin
Suite 902, Unit 3, Bldg. No.1, South G
Tongjian Dajiang Garden
Jiangan District, Wuhan, Hubei Prov
CHINA 430014

YIN, Junlan
28 N. 3rd Street, #A301
Alhambra, CA 91801

YIN, Xiubing
26 Enchanted
Irvine, CA 92620

YING, Peiyuan
1041 15th Ave SE
Bellevue, WA 98007

YING, Qiaonu
6556 Calle Koral
Goleta, CA 93117

YU, Benjamin
Rm 6605, CITIC Plaza, No.233
Tianhe North Road, Tianhe District
Guangzhou, Guangdong Prov.
CHINA 510000

Zakaria Bousnane
Cite Rabia Tahar Bt 11C #328
Bab Ezzouar Algiers
ALGERIA

ZENG, Shaofang
2504 23rd St., Apt. 2
Santa Monica, CA 90403

ZHANG,  Qin
#10-7F, No.1555 West Jinshajiang Road
Shanghai
China 201803

ZHANG, Guoping
98 Pope Road
Acton, MA 01720

ZHANG, Hao
77 Heyi Road, Suite 1504
Haishu District, Ningbo
Zhejiang
CHINA 315000

ZHANG, Hongying
620 Azevedo Common
Fremont, CA 94539

ZHANG, Huaiyu
64 Statuary
Irvine, CA 92620

ZHANG, Jing
7-2 Building Jia Yuan Du Shi
Jiaxing, Zhejiang,
CHINA 314000

ZHANG, Junli
Rm 1906, Bldg. No. 16
Taiyang Yuan, Dazhongsi
Haidian District, Beijing,
CHINA 100080

ZHANG, Li
583 Battery St., Apt. 2201N
Seattle, WA 98121

ZHANG, Meixian
No. 88 Building
Shijihuayuan Jiangbei Street
Dongyang City, Zhejiang
CHINA 322104

ZHANG, Ruiyun
Rm202, Unit 2, Bldg. 16, Qianshuiwan
Shunchi, Zhengdong New District,
Zhengzhou City, Henan Prov.
CHINA 450016

ZHANG, Ting
Rm 2206 No 1C Lane 233
Puming Rd., Pudong New Area
Shanghai
CHINA 200120

ZHANG, Wang
64 Forrer Blvd.
Oakwood, OH 45419

ZHANG, Wei
Room 1902 Bldg 6, Binhai Window
Haide 3rd Road, Shenzhen
Guandong
CHINA 518083

ZHANG, Xin
Rm 801, Unit 4, Bldg. D1
Guoaocun Community
Chaoyang District, Beijing
CHINA 100000

ZHANG, Yan
7412 117th Pl SE
Newcastle, WA 98056

ZHANG, Yan
708 Henley Fields Cir, Johns Creek
Atlanta, GA 30097

ZHANG, Yechao
36 Governors Lane
Princeton, NJ 08540

ZHANG, Yifan
2587 Greendale Dr
South San Francisco, CA 94080

ZHANG, Yingying
2451 East 10thSt., # 818
Bloomington, IN 47408

ZHANG, Yuexin
115 Sterling Ct, Apt. 303
Savoy, IL 61874

ZHANG, Yumei
Suite 105, Bldg. No.5, Xiangxieli Garden
No. 2 Fengtian Road, Futian District
Shenzhen, Guangdong Prov.
CHINA 518000

ZHANG, Yun
14668 Via Monteverde
San Diego, CA 92127

ZHANG, Zhen
94 Interstellar
Irvine, CA 92618

ZHANG, Zhiyan
Rm B6-607
Shuangjing Fu Li Cheng
Chaoyang District, Beijing
CHINA 100022

ZHANG, Zhu
26 Silveroak
Irvine, CA 92620

ZHAO, Dan
No 18 Binjiang Yaxinyuan
Chumen Town Yuhuan County
Taizhou Zhejiang
CHINA 317605

ZHAO, Guoli
Rm 10-3-501, Xinyi Yuan
Nansan Huan Road
Xishan District, Kunming, Yunnan
CHINA 650000

ZHAO, Jun
Rm 104, Bldg. No. 38,
No. 2 Yard, Xi'erqi West Road
Haidian District, Beijing
CHINA 100085

ZHAO, Lichan
Rm 6605, CITIC Plaza, No. 233
Tianhe North Road, Tianhe District
Guangzhou, Guandong Prov.
CHINA 510000

ZHAO, Lujing
No 97 Lane 1028 Shuiqing Rd
Minhang District
Shanghai
CHINA 201199

ZHAO, Qing
13A, Block 29, Yindu Huayuan
No.10 Shifang Road, Chang an District
Shijiazhuang, Hebei Prov.
CHINA 050041

ZHAO, Shida
Rm 3-401, No.15 Xingfu Yicun Xili
Chaoyang District, Beijing
CHINA 100027

ZHAO, Yingying
133 Shiji Garden Jiangbin North St.
Dongyang, Zhejiang,
CHINA 322100

ZHAO, Yuxian
F/34, Guangzhou Bank Bldg. No. 30
Zhujiangdong East Road
Tianhe District, Guangzhou, Guangdong
CHINA 510000

ZHENG, Feng
8918 Jeffery Rd.
Great Falls, VA 22066

ZHENG, Qin
54 Pinetree
Irvine, CA 92602

ZHENG, Yanlan
16138 Elza Dr.
Hacienda Hts, CA 91745

ZHONG, Chao
Suite 1903, Bldg. No.1, Baolichengs
Huagang Ave., Huadu District
Guangzhou, Guangdong
CHINA 510800

ZHONG, Wen
208 Wicker
Irvine, CA 92618

ZHOU,  Yanxin
Rm 701, Unit 1, Bldg. 13
No. 380 Compound, Changping Rd.
Changping District, Beijing
CHINA 100096

ZHOU, Fan
16 East Ellington Court
South Elgin, IL 60177

ZHOU, Jiao
c/o Joey Yin
234 NW 117th Loop
Portland, OR 97229

ZHOU, Jiqing
The First Floor, Wantong Furniture Bldg.
Huancheng 2nd Road, Qingcheng District
Qingyuan City, Guangdong Prov.
CHINA 511500

ZHOU, Jiuhong
78 Medford
Irvine, CA 92620

ZHOU, Juan
201 Unit 1, Bldg 19, Area B
Yangbuzhai Comm Liuting St
Chengyang Dist, Qingdao, Shandong
CHINA 266108

ZHOU, Kai
2B, Unit 2, Bldg. 39, Chunhua 4 Season
Minkang Rd., Minzhi, Longhua New Dist.
Shenzhen, Guangdong Prov.
CHINA 518131

ZHOU, Qiang
Suite 301, Bldg. No.32
Yushan Road
Pudong New Area, Shanghai
CHINA 200135

ZHOU, Siyao
Rm 304, No. 22 Bldg.
Yiyuan, Anhuibei Lane
Chaoyang District, Beijing
CHINA 100101

ZHOU, Wenyuan
2409 Swirling Wind CV
Austin, TX 78735

ZHU, Bing
4500, 141st Ave., SE
Bellevue, WA 98006

ZHU, Jin
3600 Pyramid Way
Mountain View, CA 94043

ZHU, Lihua
1504 Voyager Dr.
Tustin, CA 92782

ZHU, Qiwei
43 W 16th St., Apt. 3H
New York, NY 10011

ZHU, Ruiping
17 Wickham Rd
Winchester, MA 01890

ZHU, Xiaojing
1 Dearborn Street
Wellesley Hills, MA 02481

ZHU, Ying
40 Sage Terrace
Scarsdale, NY 10583

ZHU, Ying
Rm 202, Unit 2, Bldg. 32, Second Phase,
No. 9, Chenglong Avenue 1st Section
Jinjiang District, Chengdu Sichuan Prov.
CHINA 610011

ZHUANG, Naiwei
43 Horseshoe Lane
Rolling Hills Estates, CA 92074

# United States Bankruptcy Court
## District of Nevada

In re  **Las Vegas Economic Impact Regional Center, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Las Vegas Economic Impact Regional Center, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BOFU, LLC
c/o Weidner Management, LLC,
as Manager
9711 Orient Express Ct.
Las Vegas, NV 89145**

**Eastern Investments, LLC
Attn: Jodi Fonfa, as Manager
200 W. Sahara Ave.
Las Vegas, NV 89102**

☐ None [*Check if applicable*]

**November  7, 2025**

Date

/s/ Matthew C. Zirzow

**Matthew C. Zirzow 7222**

Signature of Attorney or Litigant

Counsel for  **Las Vegas Economic Impact Regional Center, LLC**

**Larson & Zirzow, LLC**

**850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
mzirzow@lzlawnv.com**